CHUBB

*Customarq Series*

# Customarq Classic Insurance Program

# FOR

# TACO, INC.

Producer:

AON RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PROVIDENCE, RI 02903-2393
Attn: MS. MARZEC

Chubb Servicing Office:

BOSTON RTL
ONE FINANCIAL CENTER
BOSTON, MA 02111-2697

CHUBB

( stomarq Series
Customarq Classic Insurance Program

## How To Report A Loss

To report a **Loss**, use the following procedure.

### Loss Notification

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1-800-252-4670

24 hours a day, 7 days a week

### Fax Number

You may also fax the loss report during normal business hours to:

Fax Number: 1-800-300-2538

### Mailing Address

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327-4700

CHUBB

( ;tomarq Series
Customarq Classic Insurance Program

## Table Of Contents

This Table Of Contents is pr›vided to acquaint you with the overall organization of this policy.

### POLICY ORGANIZATI()N


Insuring Agreement

Premium Summary

Liability Insurance Section

- Liability Schedule ɔf Forms & Declarations
- Liability Contracts *
- Liability Endorsem ents

Common Policy Section

- Common Policy Er dorsements


* Note: Each con ract within a section has its own Table Of Contents to facilitate your use of them.

last page

CHUBB

# ( stomarq Series
# Customarq Classic Insurance Program

## Insuring Agreement

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Named Insured ar.d Mailing Address

TACO, INC.
1160 CRANSTON :TREET
CRANSTON, RI 02920

Policy Number 7317-97-52 BOS

Effective Date JUNE 1, 2006

Issued by the stock insurance company indicated below, herein called the company.

FEDERAL INSURANCE COMPANY

Incorporated under the laws of INDIANA

Producer No. 00( 9706-99999

Producer AC N RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PR OVIDENCE, RI 02903-2393

## Company and Polic; Period

Insurance is issued l y the company in consideration of payment of the required premium.

This policy is issuec for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From: JUNE 1, 2006 To: JUNE 1, 2007

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Polic Conditions comprise this policy. If this policy is a renewal, we have only reissued to you those policy documents containi g changes from your previous policy period coverages and any new additional coverages or policy provisions. All oth r policy documents shown in the Schedule Of Forms accompanying this Insuring Agreement continue in effect.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

FEDERAL INSURANCE COMPANY (incorporated under the laws of Indiana)

Thomas F. Motamed
President

W. Andrew Macan
Secretary

Authorized Representative Robert Hamburger

CHUBB

**( :tomarq Series**
**Customarq Classic Insurance Program**

## Premium Summary

*Chubb Group of Insurance Companies*
*15 Mountain View Road*
*Warren, NJ 07059*

*Named Insured ar d Mailing Address*

TACO, INC.
1160 CRANSTON .STREET
CRANSTON, RI 02920

*Policy Number* 7317-97-52 BOS

*Effective Date* JUNE 1, 2006

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.* 00i9706-99999

*Producer* ACN RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PROVIDENCE, RI 02903-2393

### Policy Period

From: JUNE 1, 2006 To: JUNE 1, 2007
12:01 A.M. standard time at the Named Insured's mailing address shown above.

### Premium Payment

The first Named In:ured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiun s we pay.

### Estimated Premiums

Premiums shown ir. this summary with an asterisk(*) are estimated premiums and are subject to audit.

For each audit peri d we will compute the earned premium for that period based on our audit. If as a result of our audit additional premiun s are due, they are payable upon notice to the First Named Insured. If the premium paid is greater than the earned premium, we will return the excess to the first Named Insured. The audit period will be determined by the company and will be that period of time which we deem appropriate for adjustment of those policy premiums which are subject to audit. The first Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

| **Coverage** | **Premium** | * |
|---|---|---|
| **TOTAL** | **$ 530,581** | * |

### Payment Plan

*Issue Date: JUNE 12, 2006*

*continued*

## Premium Summary
*(continued)*

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| *Date Payment Due* | *Amount Due* |
|---|---|
| JUNE 1, 2006 | $ 132,645.25 |
| SEPTEMBER 1 2006 | $ 132,645.25 |
| DECEMBER 1, 2006 | $ 132,645.25 |
| MARCH 1, 2007 | $ 132,645.25 |

CHUBB

## Liability Insurance

### Schedule of Forms

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-2322 | 4-94 | DEFENSE OUTSIDE LIMITS | 06/01/06 | 06/12/06 |
| 80-02-2367 | 8-04 | ADDL INS - SCHEDULED PERSON OR ORGANIZATION | 06/01/06 | 06/12/06 |
| 80-02-0010 | 4-94 | LIABILITY DECLARATIONS | 06/01/06 | 06/12/06 |
| 80-02-2000 | 4-01 | GENERAL LIABILITY | 06/01/06 | 06/12/06 |
| 80-02-2012 | 6-98 | EMPLOYEE BENEFITS ERRORS OR OMISSIONS | 06/01/06 | 06/12/06 |
| 80-02-2022 | 4-94 | STOP GAP | 06/01/06 | 06/12/06 |
| 80-02-2134 | 4-01 | DED-PER OCCURRENCE/OFFENCE INCL SUPP PAYMENTS | 06/01/06 | 06/12/06 |
| 80-02-2319 | 4-01 | AGGREGATE LIMITS OF INSURANCE PER LOCATION | 06/01/06 | 06/12/06 |
| 80-02-2321 | 4-94 | DEDUCTIBLE LIABILITY | 06/01/06 | 06/12/06 |
| 80-02-2336 | 4-01 | EXCLUSION - AIRCRAFT PRODUCTS | 06/01/06 | 06/12/06 |
| 80-02-2373 | 4-94 | AI & PI AMENDMENT | 06/01/06 | 06/12/06 |
| 80-02-2373 | 4-94 | PROFESSIONAL LIABILITY EXCLUSION | 06/01/06 | 06/12/06 |
| 80-02-2373 | 4-94 | POLLUTION EXCLUSION AMENDED | 06/01/06 | 06/12/06 |
| 80-02-2668 | 8-01 | EXCL. BIOLOGICAL AGENTS, TOTAL | 06/01/06 | 06/12/06 |
| 80-02-2735 | 4-94 | RHODE ISLAND MANDATORY-PREJUDGMENT INTEREST | 06/01/06 | 06/12/06 |
| 80-02-6403 | 1-03 | CAP ON CERTIFIED TERRORISM LOSSES | 06/01/06 | 06/12/06 |
| 80-02-6528 | 4-05 | EXCLUSION - INFORMATION DISTRIBUTION LAWS | 06/01/06 | 06/12/06 |

*last page*

CHUBB

*Customarq Series*
***Customarq Classic Insurance Program***

## *Premium Bill*

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is $ 5,250.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| *Date Payment Due* | *Premium* |
|---|---|
| JUNE 1, 2006 | $ 132,645.25 |
| SEPTEMBER 1, 2006 | $ 132,645.25 |
| DECEMBER 1, 2006 | $ 132,645.25 |
| MARCH 1, 2007 | $ 132,645.25 |
| *TOTAL* | $ 530,581.00 |
| Commission | 0.00% |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.
NOTE: PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

Producer:
AON RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PROVIDENCE, RI 02903-2393

*last page*

CHUBB

# Liability Insurance

## Declarations

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Named Insured and Mailing Address

TACO, INC.
1160 CRANSTON STREET
CRANSTON, RI 02920

Policy Number 7317-97-52 BOS

Effective Date JUNE 1, 2006

Issued by the stock insurance company indicated below, herein called the company.

FEDERAL INSURANCE COMPANY

Incorporated under the laws of INDIANA

Producer No. 0060706-99999

Producer AON RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PROVIDENCE, RI 02903-2393

## Policy Period

From: JUNE 1, 2006 To: JUNE 1, 2007
12:01 A.M. standard time at the Named Insured's mailing address shown above.

| Liability Coverage | Limit Of Insurance | |
|---|---|---|
| GENERAL LIABILITY | | |
| GENERAL AGGREGATE LIMIT | $ 1,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 | |
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| ADVERTISING INJURY AND PERSONAL INJURY AGGREGATE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 1,000,000 | |
| MEDICAL EXPENSES LIMIT | $ 10,000 | |
| BODILY INJURY AND PROPERTY DAMAGE DEDUCTIBLE PER OCCURRENCE | | $ 50,000 |

| ***Liability Coverage*** *(continued)* | ***Limit Of Insurance*** | |
|---|---|---|
| *EMPLOYEE BENEFITS ERRORS OR OMISSIONS* | | |
| AGGREGATE LIMIT | $ 1,000,000 | |
| EACH CLAIM LIMIT | $ 1,000,000 | |
| DEDUCTIBLE - EACH CLAIM | | $ 1,000 |
| RETROACTIVE DATE | | JUNE 1, 2001 |
| *STOP GAP* | | |
| AGGREGATE LIMIT | $ 100,000 | |
| BODILY INJURY BY ACCIDENT - EACH ACCIDENT LIMIT | $ 100,000 | |
| BODILY INJURY BY DISEASE - EACH EMPLOYEE LIMIT | $ 100,000 | |

# Liability Insurance

## General Liability

## Table Of Contents


| Section | Page No. |
|---|---|
| Coverages | 3 |
| Investigation, Defense And Settlements | 4 |
| Supplementary Payments | 4 |
| Coverage Territory | 5 |
| Who Is An Insured | 5 |
| Limits Of Insurance | 9 |
| Bodily Injury/Property Damage Exclusions | 10 |
| Advertising Injury/Personal Injury Exclusions | 14 |
| Medical Expenses Exclusions | 15 |
| Policy Exclusions | 16 |
| Conditions | 20 |
| Definitions | 25 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB



## *Contract*

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; Exclusions; Conditions; and Definitions, as well as the Declarations, Common Policy Conditions and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the Named **Insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

## *Coverages*

### *Bodily Injury And Property Damage Liability Coverage*

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

- imposed by law; or
- assumed in an **insured contract**;

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.

This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

### *Advertising Injury And Personal Injury Liability Coverage*

Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

- imposed by law; or
- assumed in an **insured contract**;

for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

## Coverages
*(continued)*

### *Medical Expenses Coverage*

Subject to all of the terms and conditions of this insurance, we will pay **medical expenses** for **bodily injury** caused by an accident to which this coverage applies:

- that takes place on premises rented to or owned by you; or
- in connection with your operations;

provided that such:

- accident occurs during the policy period;
- expenses are incurred and reported to us within three (3) years of the date of the accident; and
- person who sustained such **bodily injury** submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

We will make these payments regardless of fault.

We have no other obligation or liability under this coverage.

## Investigation, Defense And Settlements

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend:

- the **insured**; and
- if applicable, the indemnitee of the **insured**, provided the obligation to defend, or the cost of the defense of, such indemnitee has been assumed by such **insured** in an **insured contract**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

We may, at our discretion, investigate any **occurrence** or offense and settle any claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

## Supplementary Payments

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A. the expenses we incur.

B. the cost of:

   1. bail bonds; or

   2. bonds required to:

      a. appeal judgments; or

## Supplementary Payments
*(continued)*

b. release attachments;

but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.

C. reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.

D. costs taxed against the **insured** in the **suit**, except any:

1. attorney fees or litigation expenses; or
2. other loss, cost or expense;

in connection with any injunction or other equitable relief.

E. prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

F. interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

These payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

## Coverage Territory

This insurance applies anywhere, provided the **insured**'s responsibility to pay damages, to which this insurance applies, is determined in a **suit** on the merits brought in the United States of America (including its possessions and territories), Canada or Puerto Rico, or in a settlement to which we agree.

## Who Is An Insured

### Sole Proprietorships

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

- persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and
- your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

## *Who Is An Insured*
*(continued)*

*Partnerships Or Joint Ventures*

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

*Limited Liability Companies*

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

*Other Organizations*

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

*Employees*

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, no **employee** is an **insured** for:

A. **bodily injury, advertising injury** or **personal injury**:

1. to you, to any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or to any co-**employee** while such injured person is either in the course of his or her employment or while performing duties related to the conduct of your business;
2. to the brother, child, parent, sister or spouse of such injured person as a consequence of any injury described in subparagraph A.1. above; or
3. for which there is any obligation to share damages with or repay someone else who must pay damages because of any injury described in subparagraphs A.1. or A.2. above.

With respect to **bodily injury** only, this limitation does not apply to:

- you or to your directors, managers, members, **officers**, partners or supervisors as **insureds**; or
- your **employees**, as **insureds**, with respect to such damages caused by cardio-pulmonary resuscitation or first aid services administered by such an **employee**; or

B. **property damage** to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or by any of your **employees**.

This limitation does not apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.

## *Who Is An Insured*
*(continued)*

*Volunteers*

Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction.

*Real Estate Managers*

Persons (other than your **employees**) or organizations acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers.

*Permissive Users Of Mobile Equipment*

With respect to **mobile equipment** registered in your name under a motor vehicle registration law:

A. persons driving such equipment on a public road with your permission are **insureds**; and

B. persons or organizations responsible for the conduct of such persons described in subparagraph A. above are **insureds**; but they are **insureds** only with respect to the operation of the equipment and only if no other insurance of any kind is available to them.

However, no person or organization is an **insured** with respect to:

- **bodily injury** to any co-employee of the person driving the equipment; or
- **property damage** to any property owned or occupied by or loaned or rented to you, or in your charge or the charge of the employer of any person who is an **insured** under this provision.

*Vendors*

Persons or organizations who are vendors of **your products** are **insureds**; but they are **insureds** only with respect to their liability for damages for **bodily injury** or **property damage** resulting from the distribution or sale of **your products** in the regular course of their business and only if this insurance applies to the **products-completed operations hazard**.

However, no such person or organization is an **insured** with respect to any:

- assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for **bodily injury** or **property damage** that such vendor would have in the absence of such contract or agreement;
- representation or warranty unauthorized by you;
- physical or chemical change in **your products** made intentionally by the vendor;
- repackaging, unless unpacked solely for the purpose of inspection, demonstration or testing, or the substitution of parts under instruction from the manufacturer and then repacked in the original container;
- failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of **your products**;
- demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of **your products**; or
- of **your products** which, after distribution or sale by you, have been labeled or relabeled or used as a container, ingredient or part of any other thing or substance by or for the vendor.

## Who Is An Insured

*Vendors (continued)*

Further, no person or organization from whom you have acquired **your products**, or any container, ingredient or part entering into, accompanying or containing **your products**, is an **insured** under this provision.

*Lessors Of Equipment*

Persons or organizations from whom you lease equipment are **insureds**; but they are **insureds** only with respect to the maintenance or use by you of such equipment and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence; or
- **occurrence** that occurs, or offense that is committed, after the equipment lease ends.

*Lessors Of Premises*

Persons or organizations from whom you lease premises are **insureds**; but they are **insureds** only with respect to the ownership, maintenance or use of that particular part of such premises leased to you and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence;
- **occurrence** that occurs, or offense that is committed, after you cease to be a tenant in the premises; or
- structural alteration, new construction or demolition operations performed by or on behalf of them.

*Subsidiary Or Newly Acquired Or Formed Organizations*

If there is no other insurance available, the following organizations will qualify as named **insureds**:

- a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or
- a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

*Limitations On Who Is An Insured*

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or
2. conduct of any person or organization whose assets, business or organization;

CHUBB

## General Liability

### Who Is An Insured

*Limitations On Who Is An Insured (continued)*

you acquire, either directly or indirectly, for any:

- **bodily injury** or **property damage** that occurred; or
- **advertising injury** or **personal injury** arising out of an offense first committed;

in whole or in part, before you, directly or indirectly, aquired such assets, business or organization.

### Limits Of Insurance

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

- **insureds**;
- claims made or **suits** brought; or
- persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

*General Aggregate Limit*

Subject to the Each Occurrence Limit, the General Aggregate Limit is the most we will pay for the sum of:

- damages for **bodily injury** and **property damage**, except damages included in the **products-completed operations hazard**; and
- **medical expenses**.

*Products-Completed Operations Aggregate Limit*

Subject to the Each Occurrence Limit, the Products-Completed Operations Aggregate Limit is the most we will pay for the sum of damages for **bodily injury** and **property damage** included in the **products-completed operations hazard**.

*Advertising Injury And Personal Injury Aggregate Limit*

The Advertising Injury And Personal Injury Aggregate Limit is the most we will pay for the sum of damages for **advertising injury** and **personal injury**.

*Each Occurrence Limit*

The Each Occurrence Limit is the most we will pay for the sum of:

- damages for **bodily injury** and **property damage**; and
- **medical expenses**;

arising out of any one **occurrence**.

Any amount paid for damages or **medical expenses** will reduce the amount of the applicable aggregate limit available for any other payment.

## Limits Of Insurance

*Each Occurrence Limit (continued)*

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

*Damage To Premises Rented To You Limit*

Subject to the Each Occurrence Limit, the Damage To Premises Rented To You Limit is the most we will pay for the sum of damages for **property damage** to any one premises while rented to you or temporarily occupied by you with permission of the owner.

*Medical Expenses Limit*

Subject to the Each Occurrence Limit, the Medical Expenses Limit is the most we will pay for the sum of **medical expenses**, under Medical Expenses coverage, for **bodily injury** sustained by any one person.

## Bodily Injury/Property Damage Exclusions

None of the following exclusions, except "Contracts", "Expected Or Intended Injury" and "Loss In Progress", apply to **property damage** to premises while rented to you or temporarily occupied by you with permission of the owner.

*Aircraft, Autos Or Watercraft*

This insurance does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, use (use includes operation and **loading or unloading**) or entrustment to others of any;

- aircraft;
- **auto**; or
- watercraft;

owned or operated by or loaned or rented to any **insured**.

This exclusion does not apply to:

A. a watercraft while ashore on premises owned by or rented to you;

B. a watercraft you do not own, provided that it:

  1. is less than fifty-five (55) feet long; and
  2. does not transport persons or cargo for a charge;

C. the parking of an **auto** on premises owned by or rented to you, provided the **auto** is not owned by or loaned or rented to you or the **insured**;

D. the liability for damages assumed in an **insured contract** resulting from the ownership, maintenance or use, by others, of an aircraft or watercraft;

E. the operation of the equipment described in subparagraphs F.2. or F.3. of the definition of **mobile equipment**; or

F. an aircraft you do not own, provided that:

  1. the pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;