CHUBB

# General Liability

## Definitions

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

### *Products-Completed Operations Hazard (continued)*

2. the existence of tools, uninstalled equipment or abandoned or unused materials; or
3. products or operations for which the classification in our rules indicates that such products or operations are not subject to the Products-Completed Operations Aggregate Limit of insurance.

### *Property Damage*

**Property damage** means:

- physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
- loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

### *Suit*

**Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent.

### *Temporary Worker*

**Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

### *Your Product*

**Your product:**

A. means any:
   1. goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
      a. you;
      b. others trading under your name; or
      c. a person or organization whose assets or business you have acquired; and
   2. containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B. includes:
   1. representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and
   2. the providing of or failure to provide instructions or warnings.

C. does not include vending machines or other property loaned or rented to or located for the use of others but not sold.

**Definitions**
*(continued)*

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:**

*Your Work*

**Your work:**

A. means any:

1. work or operations performed by:

   a. you or on your behalf; or

   b. a person or organization whose assets or business you have acquired; and

2. materials, parts or equipment furnished in connection with such work or operations.

B. includes:

1. representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your work**; and

2. the providing of or failure to provide instructions or warnings.

# Liability Insurance

## Employee Benefits Errors Or Omissions

## Table Of Contents


| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 4 |
| Limits Of Insurance | 4 |
| Investigation, Defense And Payment Of Damages | 5 |
| Supplementary Payments | 5 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Extended Reporting Periods | 8 |
| Conditions | 9 |
| Definitions | 13 |


LIABILITY CONTRACT EMPLOYEE BENEFITS ERRORS OR OMISSIONS

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB

# *Employee Benefits Errors Or Omissions*

## *Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this policy the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

THIS INSURANCE PROVIDES **CLAIMS** MADE COVERAGE. EXCEPT AS OTHERWISE PROVIDED, SUCH COVERAGE APPLIES ONLY TO **CLAIMS** FIRST MADE AGAINST THE **INSURED** DURING THE POLICY PERIOD. PLEASE READ THIS INSURANCE CAREFULLY.

## *Who Is Insured*

*Sole Proprietorship*

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

*Partnership Or Joint Venture*

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

*Other Organizations*

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your executive officers and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

*Any Other Authorized Person*

Any other natural person for whose acts you are legally liable is an **insured**, provided such natural person is authorized to act in the **administration** of your **employee benefit programs**.

*Subsidiaries Or Newly Acquired Or Formed Organizations*

If there is no other similar insurance available, the following will qualify to be a named **insured**:

- Any financially controlled subsidiary of yours; or
- any organization you newly acquired or formed during the policy period, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest. This coverage is effective on the acquisition or formation date and is afforded only until the end of the policy period during which the acquisition or formation took place.

No subsidiary or newly acquired or formed organization is an **insured** with respect to any **claim** arising from the **administration** of **employee benefit programs** that occurred before you acquired or formed the organization.

## Who Is Insured
*(continued)*

*Limitation On Who Is Insured*

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

Subject to the applicable Limits Of Insurance, we will pay damages the **insured** becomes legally obligated to pay for any **claim** arising out of a negligent act, error or omission to which this insurance applies, by or on behalf of the **insured** in the **administration of employee benefit programs**.

The **claim** must be made by:

- your employee;
- your former employee;
- the beneficiaries or legal representatives of your employee or former employee; or
- your prospective employee.

This insurance applies to a negligent act, error or omission only if a **claim** is first made against any **insured** during the policy period.

This insurance does not apply to any negligent act, error or omission which:

- occurred prior to the Retroactive Date stated in the Declarations of this insurance;
- occurred on or between the Retroactive Date stated in the Declarations of this insurance and the last day of the policy period stated in the Declarations of this insurance if, on the effective date of this insurance, the **insured** had knowledge of or should have known of any circumstances which might have resulted in a **claim**; or
- occurs after the policy period stated in the Declarations of this insurance.

For purposes of this insurance:

- a **claim** by a person or organization will be deemed to have been made when notice of such **claim** is received and recorded by any **insured**, our licensed agent, or by us, whichever comes first; and
- all **claims** by the same person or organization as a result of a negligent act, error or omission will be deemed to have been made at the time the first of those **claims** is made against any **insured**.

## Limits Of Insurance

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

- **insureds**;
- **claims** made or **suits** brought; or
- persons or organizations making **claims** or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

CHUBB

# Employee Benefits Errors Or Omissions

## Limits Of Insurance (continued)

We may pay part or all of the deductible to settle any **claim** or **suit**; and when notified, the **insured** agrees to promptly reimburse us for the deductible paid.

All **claims** arising from a single negligent act, error or omission or a series of related negligent acts, errors or omissions shall be deemed to be a single **claim**.

## Aggregate Limit

Subject to the Each Claim Limit, the Aggregate Limit is the most we will pay for the sum of:

- damages for all **claims**; and
- payments made for defense and Supplementary Payments.

## Each Claim Limit

The Each Claim Limit is the most we will pay for all damages for each **claim**, including payments made for defense and Supplementary Payments, in excess of the deductible stated in the Declarations.

Any amount paid for damages, defense and Supplementary Payments for each **claim** will reduce the amount of the Aggregate Limit available for payment of damages, defense and Supplementary Payments for any other **claim**.

If the Aggregate Limit has been reduced by payment of damages, defense and Supplementary Payments for **claims** to an amount that is less than the Each Claim Limit, the remaining Aggregate Limit is the most that will be available for payment of damages, defense and Supplementary Payments for any other **claim**.

## Investigation, Defense And Payment Of Damages

We will have the right and duty to defend any **insured** against a **suit** seeking damages for any **claim** arising out of a negligent act, error, or omission. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate any negligent act, error, or omission and settle any **claim** or **suit** that may result.

The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of defense, judgments or settlements and payments under Supplementary Payments.

The amount we pay to defend any **suit** is part of and will reduce the Each Claim Limit under Limits Of Insurance.

We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below.

## Supplementary Payments

Subject to the Limits Of Insurance, we will pay with respect to any **claim** we investigate or settle, or any **suit** against an **insured** we defend:

A. all expenses we incur;

B. the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;

C. reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the **claim** or **suit**, including actual loss of earnings up to $300 a day because of time off from work;

D. costs taxed against the **insured** in the **suit**;

**Supplementary Payments** *(continued)*

E. prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and

F. all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Each payment we make under Supplementary Payments will reduce the Each Claim Limit under Limits Of Insurance with the following exceptions:

A. salaries and expenses of our employees or the **insured**'s employees, other than:

1. that portion of our employed attorneys' fees, salaries and expenses allocated to a specific **claim** or **suit**;

2. the expenses described in C. above; and

B. fees and expenses of independent adjusters we hire.

**Coverage Territory**

This insurance applies anywhere. However, the **insured**'s responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

## Exclusions

*Bodily Injury, Property Damage, Advertising Injury Or Personal Injury*

This insurance does not apply to **bodily injury, property damage, advertising injury** or **personal injury**.

*Benefits Due*

This insurance does not apply to payments which are required pursuant to any **employee benefits program**.

*Contractual Liability*

This insurance does not apply to liability of others for which the **insured** is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the **insured** would have in the absence of such contract or agreement.

*Discrimination Or Humiliation*

This insurance does not apply to actual or alleged humiliation or unlawful discrimination.

*Dishonest Acts*

This insurance does not apply to any dishonest, fraudulent, criminal or malicious act, error or omission by or on behalf of any **insured**, whether acting alone or in collusion with others.

*Expected Or Intended Damage*

This insurance does not apply to any **claim** which results from an act that:

- is intended by the **insured**; or

CHUBB



## *Exclusions*

*Expected Or Intended Damage (continued)*

- can be expected from the standpoint of a reasonable person

to cause damage, even if the damage is of a different degree or type than actually intended or expected.

*Fines, Penalties, Punitive Or Exemplary Damages*

This insurance does not apply to any assessment, penalty, fine, or punitive or exemplary damages.

*Millennium Date Change*

This insurance does not apply to any **claim** arising out of:

1. the actual or potential inability of any:
   - hardware, software, operating system, network, microprocessor;
   - other computer, data processing or communications system equipment or component; or
   - other system, equipment or component that communicates with any of the foregoing,

   to accept, retrieve, recognize, understand, interpret, identify, distinguish, process, communicate or otherwise use:
   - any date subsequent to December 31, 1999; or
   - information or code which contains dates subsequent to December 31, 1999; or
2. the rendering of, or failure to render, any service or advice in connection with paragraph 1. above.

*Performance Failure*

This insurance does not apply to:

- the failure of performance of any contract by an insurer;
- the failure of any investment plan to perform as represented by an **insured**;
- the inability of **employee benefit programs** to meet their obligation due to insolvency or inadequate funds; or
- the investment, divestment or non-investment of funds.

*Statutory Obligation To Employees Or Plans*

This insurance does not apply to the **insured's** failure to comply with the provisions of the Internal Revenue Code, any law concerning workers compensation, unemployment compensation, social security or disability benefits, any employment severance law, or the Employee Retirement Income Security Act of 1974 or any similar State or Federal legislation that has been or may be enacted.

This exclusion does not apply to the **administration** of **employee benefit programs**.

*Termination Of Any Employee Benefit Programs*

This insurance does not apply to the termination of any **employee benefit programs**.

## Exclusions
*(continued)*

*Wrong Advice*

This insurance does not apply to advice given by an **insured** to an employee to participate or not to participate in any investment subscription plan.

## Extended Reporting Periods

*Basic Extended Reporting Period*

A Basic Extended Reporting Period is automatically provided. Under this provision:

- **claims** first made within 60 days after the end of the policy period; or
- **claims** first made within five years after the end of the policy period for negligent acts, errors or omissions reported to us within 60 days after the end of the policy period

will be deemed to have been made during the policy period of this policy.

The Basic Extended Reporting Period does not apply to **claims** that are covered under any subsequent insurance you purchase, or that would be covered, but for exhaustion of the amount of insurance applicable to such **claims**.

Notification of **claims** must be in accordance with paragraphs A. and B. of the Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit provision of the Conditions.

*Supplemental Extended Reporting Period*

A Supplemental Extended Reporting Period is available only by an endorsement and for an additional premium:

A. If purchased, this period starts at the end of the Basic Extended Reporting Period and will be for 10 years. **Claims** first made during this Supplemental Extended Reporting Period will be deemed to have been made during the policy period of this policy, but will be subject to the separate aggregate limit of insurance set forth in paragraph C., below.

B. You must give us a written request to purchase a Supplemental Extended Reporting Period within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

C. If you comply with paragraph B., above, we will issue the Supplemental Extended Reporting Period Endorsement, and will provide the separate aggregate limit of insurance described below, but only for **claims** to which the Supplemental Extended Reporting Period applies. The separate aggregate Limit Of Insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period for the Aggregate Limit.

   The Aggregate Limit as shown in the Limits Of Insurance section will be amended accordingly. The Each Claim Limit shown in the Declarations will continue to apply, as set forth in the Limits of Insurance section.

D. We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement in accordance with our rules and rates. The additional premium will not exceed 200% of the annual premium for this insurance.

E. The Supplemental Extended Reporting Period Endorsement will set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

## Extended Reporting Periods
*(continued)*

### When Extended Reporting Periods Apply

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period if:

A. this insurance is canceled or not renewed; or

B. we renew or replace this insurance with other insurance that:

1. has a Retroactive Date later than the Retroactive Date shown in the Declarations for this insurance; or

2. does not apply on a **claims**-made basis.

### How Extended Reporting Periods Apply

Extended Reporting Periods:

A. apply only to **claims** for:

1. negligent acts, errors or omissions that occur before the end of the policy period and not before the Retroactive Date, if any, shown in the Declarations.

B. do not:

1. extend the policy period or change the scope of coverage provided; or

2. reinstate or increase the Limits Of Insurance applicable to any **claim** to which this insurance applies, except as described in the Supplemental Extended Reporting Period section above.

C. may not be canceled once in effect.

## Conditions

### Arbitration

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

### Bankruptcy

Bankruptcy or insolvency of the **insured** or the **insured**'s estate will not relieve us of any obligation to which this insurance applies.

### Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit

A. You must see to it that we are notified as soon as practicable of any negligent act, error, or omission which may result in a **claim**. To the extent possible, notice should include:

1. how, when and where the negligent act, error, or omission took place; and

2. the names and addresses of any involved persons and witnesses.

Notice of any negligent act, error, or omission is not notice of a **claim**.

B. If a **claim** is made or **suit** is brought against any **insured**, you must:

1. immediately record the specifics of the **claim** or **suit** and the date received; and

2. notify us in writing as soon as practicable.

C. You and any other involved **insured** must:

## Conditions

*Duties In The Event Of Negligent Act, Error, Or Omission, Claim Or Suit (continued)*

1. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;
2. authorize us to obtain records and other information;
3. cooperate with us in the:
   a. investigation or settlement of the **claim** or
   b. defense of the **suit**; and
4. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of a negligent act, error, or omission to which this insurance may also apply.

D. No **insureds** will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, without our consent.

E. Notice given by or on behalf of:

1. the **insured**; or
2. any other claimant;

to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F. Knowledge of any negligent act, error, or omission by any agent or employee of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or employee.

G. Failure of an agent or employee of the **insured**, other than an officer, or his designee, to notify us of any negligent act, error, or omission which he knows about will not affect the insurance afforded you by this contract.

*Legal Action Against Us*

No person or organization has a right under this insurance:

- to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or
- to sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after:

- an actual trial in a civil proceeding;
- an arbitration proceeding; or
- an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits of Insurance.

*Other Insurance*

If other valid and collectible insurance is available to the **insured** for a loss we cover under this insurance, our obligations are limited as follows:

*Excess Insurance*

This insurance is excess over and above any other valid and collectible insurance (including any deductible or self-insured portion) or agreement of indemnity, available to you.

## Conditions

### *Other Insurance (continued)*

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to the **administration** of **employee benefits programs** on other than a claims made basis, if:

- no Retroactive Date is shown in the Declarations of this insurance; or
- the other insurance has a policy period which continues after the Retroactive Date shown in the Declarations of this insurance.

We will have no duty under this insurance to defend any **insured** against a **suit** that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured**'s rights against all those other insurers.

We will pay only our share of the amount of the loss, if any, that exceeds the sum of:

- the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
- the total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not purchased specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

### *Premium Audit*

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

### *Separation Of Insureds*

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and
- separately to each **insured** against whom **claim** is made or **suit** is brought.

### *Transfer Of Rights Of Recovery*

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB

# *Employee Benefits Errors Or Omissions*

## *Definitions*

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

*Administration*

**Administration** means:

- informing employees of the content of;
- giving advice, other than legal advice, about;
- handling of records in connection with; or
- effecting enrollment, termination or cancellation of employees under,

**employee benefit programs**, provided such acts are authorized by you.

*Advertising*

**Advertising** means any advertisement, publicity article, broadcast or telecast.

*Advertising Injury*

**Advertising injury** means injury, other than **bodily injury** or **personal injury**, arising solely out of one or more of the following offenses committed in the course of **advertising** of your goods, products or services:

- oral or written publication of advertising material that slanders or libels a person or organization;
- oral or written publication of advertising material that violates a person's right of privacy; or
- infringement of copyrighted advertising materials or infringement of trademarked or service marked titles or slogans.

*Agreed Settlement*

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

*Bodily Injury*

**Bodily injury** means physical injury, sickness, disease, mental anguish, mental injury, shock, or humiliation sustained by a person; it also includes death at any time resulting therefrom.

*Claim*

**Claim** means a demand for damages.

*Employee Benefit Programs*

**Employee benefit programs** means group life insurance, group health insurance, group dental insurance, group automobile insurance, group homeowners insurance, educational tuition reimbursement plans, individual retirement account (IRA) plans, Internal Revenue Code Section 401(K) plans and amendments thereto, profit sharing plans, pension plans, employee investment subscription plans, workers compensation, unemployment insurance, social security, disability benefits insurance or travel, savings or vacation plans.

*Insured*

**Insured** means any person or organization qualifying as an insured under the Who Is Insured provision and against whom **claim** is made or suit is brought.

*Definitions* **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**
*(continued)*

*Personal Injury*

**Personal injury** means injury, other than **bodily injury**, arising out of one or more of the following offenses committed in the course of your business, other than your **advertising**:

A. false arrest, detention or imprisonment;

B. malicious prosecution;

C. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or persons occupy, by or on behalf of its owner, landlord or lessor;

D. oral or written publication of material that slanders or libels a person or organization; or

E. oral or written publication of material that violates a person's right of privacy.

*Property Damage*

**Property damage** means:

- physical injury to or destruction of tangible property including the resulting loss of use of that property; or
- loss of use of tangible property that is not physically injured.

*Suit*

**Suit** means a civil proceeding in which damages to which this insurance applies are alleged. **Suit** also includes:

- an arbitration proceeding in which such damages are **claimed** and to which the **insured** must submit or does submit with our consent; or
- any other alternative dispute resolution proceeding in which such damages are **claimed** and to which the **insured** submits with our consent.

# Liability Insurance

## Stop Gap

Table Of Contents


| Section | Page No. |
|---|---|
| Who Is Insured | 3 |
| Coverage | 3 |
| Limits Of Insurance | 4 |
| Investigation, Defense And Payment Of Damages | 5 |
| Supplementary Payments | 5 |
| Coverage Territory | 6 |
| Exclusions | 6 |
| Conditions | 7 |
| Definitions | 11 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

*Stop Gap*

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations of this policy, and any other person or organization qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the company providing this insurance.

In addition to the Named **Insured**, other persons or organizations qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is Insured section of this contract.

## Who Is Insured

*Sole Proprietorship*

If you are an individual, you and your spouse are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

*Partnership Or Joint Venture*

If you are a partnership or joint venture, you are an **insured**. Your members, your partners, and their spouses are also **insureds**, but only with respect to the conduct of your business.

*Other Organizations*

If you are an organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your **executive officers** and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds** but only with respect to their liability as stockholders.

*Managers Or Supervisors*

Your managers or supervisors are **insureds**, but only for acts within the scope of their employment by you.

*Limitation On Who Is Insured*

No one is an **insured** for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## Coverage

*Bodily Injury*

We will pay damages the **insured** becomes legally obligated to pay for **bodily injury** by accident or disease to your **employee** in the course of employment, when such damages are claimed against you in a capacity other than as employer.

In addition, where recovery is permitted by law, the damages we will pay include damages for:

- which the **insured** is liable to a third party by reason of a claim or **suit** against the **insured** by the third party to recover damages claimed against such third party as a result of injury to the **employee**;
- care and loss of services; and

## Coverage

*Bodily Injury (continued)*

- consequential **bodily injury** to a spouse, child, parent, brother or sister of the injured **employee**,

provided such damages are the direct consequence of **bodily injury** to the **employee** in the course of employment.

This insurance applies to:

- **bodily injury** by accident which occurs during the policy period; and
- **bodily injury** by disease caused or aggravated by the conditions in your operation, when the **employee**'s last day of last exposure to such conditions occurs during the policy period.

This insurance applies provided:

- the **employee** is reported and declared under the Workers Compensation State Fund in the state designated in the Declarations;
- the **employee**'s employment is necessary or incidental to your work in the state; and
- you maintain full workers compensation insurance coverage in the Workers Compensation State Fund during the term of this insurance or are a qualified self insurer approved by the State Workers Compensation Commission.

## Limits Of Insurance

*Aggregate Limit*

Subject to the Bodily Injury By Accident - Each Accident Limit and the Bodily Injury By Disease - Each Employee Limit, the Aggregate Limit is the most we will pay for the sum of damages for:

- **bodily injury** by accident; and
- **bodily injury** by disease.

*Bodily Injury By Accident - Each Accident*

The Bodily Injury By Accident - Each Accident Limit is the most we will pay for the sum of damages because of **bodily injury** to one or more **employees** in any one accident.

**Bodily injury** by accident does not include disease unless it results directly from **bodily injury** by accident.

Any amount paid for damages arising out of **bodily injury** by accident will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by accident.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Accident - Each Accident Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by accident.

*Bodily Injury By Disease - Each Employee*

The Bodily Injury By Disease-Each Employee Limit is the most we will pay for the sum of all damages because of **bodily injury** by disease to any one **employee**.

**Bodily injury** by disease does not include disease that results directly from a **bodily injury** by accident.