CHUBB

*Stop Gap*

## *Limits Of Insurance*

*Bodily Injury By Disease - Each Employee (continued)*

Any amount paid for damages arising out of **bodily injury** by disease will reduce the amount of the Aggregate Limit available for payment of damages arising out of any other **bodily injury** by disease.

If the Aggregate Limit has been reduced by payment of damages to an amount that is less than the Bodily Injury By Disease - Each Employee Limit stated in the Declarations, the remaining Aggregate Limit is the most that will be available for payment of damages arising out of any other **bodily injury** by disease.

### *Investigation, Defense And Payment Of Damages*

We will have the right and duty to defend any **insured** against a **suit** seeking damages for **bodily injury** to your **employees**. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate and settle any claim or **suit** that may result.

The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgements or settlements for **bodily injury** to your **employees**.

We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below.

### *Supplementary Payments*

We will pay, with respect to any claim we investigate or settle, or any **suit** against an **insured** we defend:

- all expenses we incur;
- the premium amount of bonds to release attachments, but only for premium amounts within the amount of insurance available. We do not have to furnish these bonds;
- reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $300 a day because of time off from work;
- costs taxed against the **insured** in the **suit**;
- prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer; and
- all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

These payments will not reduce the Limits Of Insurance.

## Coverage Territory

This insurance applies only to work performed in the United States of America, its territories or possessions, or Canada. If there is **bodily injury** to a citizen or resident of the United States of America or Canada who is temporarily outside of these countries, then this insurance applies anywhere. However, the **insured**'s responsibility to pay damages must be determined in a **suit** on the merits, in the United States of America, its territories or possessions, Canada or Puerto Rico, or in a settlement we agree to.

## Exclusions

### Age Law Violations

This insurance does not apply to **bodily injury** sustained by any **employee** employed in violation of any law as to age with the actual knowledge of the **insured.**

### Contractual Liability

This insurance does not apply to any liability assumed by the **insured** under any contract or agreement.

### Criminal Acts

This insurance does not apply to **bodily injury** arising out of any act by the **insured** punishable under any federal, state, county or local criminal statute, ordinance or other law.

### Discrimination

This insurance does not apply to damages arising out of:

- coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any **employee**; or
- personnel practices, policies, acts or omissions.

### Expected Or Intended Injury

This insurance does not apply to **bodily injury** to an **employee** which results from an act that:

- is intended by the **insured**; or
- can be expected from the standpoint of a reasonable person

to cause **bodily injury**, even if the injury is of a different degree or type than actually intended or expected.

### Failure To Abate Unsafe Working Conditions

This insurance does not apply to **bodily injury** arising out of a specific unsafe working condition identified in any violation notice or other notice, order or directive, if:

- the **bodily injury** occurs after any abatement period, including any extensions, set forth in the violation notice or other notice, order or directive and
- the **insured** has failed to abate the violation.

### Failure To Comply With Workers Compensation Laws

This insurance does not apply to **bodily injury** for which the **insured** is deprived of any defense or is subject to penalty because of failure to comply with the provisions of any workers compensation law.

## Exclusions
*(continued)*

### Federal Statutes

This insurance does not apply to **bodily injury** to any person sustained in the course of any employment to the extent it is compensable under any of the following statutes, or any regulations promulgated under them, including any amendments:

- Longshore and Harbor Workers' Compensation Act, (33 USC Sections 901-50);
- Federal Employers' Liability Act, (45 USC Sections 51-60);
- Federal Coal Mine Health and Safety Act of 1969, (30 USC Sections 901-942);
- Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);
- Outer Continental Shelf Lands Act (43 USC Sections 1331-1356);
- Defense Base Act (42 USC Sections 1651-1654); or
- any other federal workers compensation law or other federal occupational disease law.

### Fines Or Penalties

This insurance does not apply to any fine, assessment, penalty or punitive or exemplary damages arising out of **bodily injury** to an **employee** employed in violation of the law.

### Migrant And Seasonal Workers

This insurance does not apply to damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) or under any other federal law awarding damages for violation of that act or regulations issued thereunder, including any amendments.

### Vessels

This insurance does not apply to **bodily injury** to a master or member of the crew of any vessel.

### Workers' Compensation And Similar Laws

This insurance does not apply to any obligation of the **insured** under a workers compensation, disability benefits or unemployment compensation law or any similar law.

## Conditions

### Arbitration

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

### Bankruptcy

Bankruptcy or insolvency of the **insured** or the **insured**'s estate will not relieve us of any obligation to which this insurance applies.

### Duties In The Event Of Injury, Claim Or Suit

A. When a **bodily injury** occurs which results in the death of an **employee**, or an **employee**'s loss of thirty (30) or more consecutive days of work, written notice shall be given by or on behalf of you to us as soon as practicable and in any event not later than twelve (12) months from the date of injury. Such notice shall contain full particulars and reasonably obtainable information regarding:

## Conditions

*Duties In The Event Of Injury, Claim Or Suit (continued)*

1. how, when and where the **bodily injury** took place; and
2. the names and addresses of any injured **employee** and witnesses.

B. If a claim is made or **suit** is brought against any **insured**, you must:

1. immediately record the specifics of the claim or **suit** and the date received; and
2. notify us in writing1 as soon as practicable.

C. You and any other involved **insured** must:

1. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;
2. authorize us to obtain records and other information;
3. cooperate with us in the:
   a. investigation or settlement of the claim or
   b. defense of the **suit**; and
4. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of injury to which this insurance may also apply.

D. No **insureds** will, except at that **insured**'s own cost, make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

E. Notice given by or on behalf of:

1. the **insured**;
2. the injured person; or
3. any other claimant;

to any licensed agent of ours with particulars sufficient to identify the **insured** shall be deemed notice to us.

F. Knowledge of an injury by any agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an officer or his designee receives such notice from its agent or **employee**.

G. Failure of an agent or **employee** of the **insured**, other than an officer or his designee, to notify us of any injury which he knows about will not affect the insurance afforded you by this contract.

*Legal Action Against Us*

No person or organization has a right under this insurance:

- to join us as a party or otherwise bring us into a **suit** asking for damages from an **insured**; or
- to sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgement against an **insured** obtained after:

- an actual trial in a civil proceeding;
- an arbitration proceeding; or

## Conditions

*Legal Action Against Us (continued)*

- an alternative resolution proceeding,

but we will not be liable for damages that are not payable under the terms of this insurance or that are in excess of the applicable Limits of Insurance.

*Other Insurance*

When a loss covered by this insurance is also covered by other insurance or self-insurance, subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance supersedes and replaces any other similar insurance which may be found elsewhere in this policy.

*Premium Audit*

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums identified by an asterisk are estimated premiums and are subject to audit. In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums in the Liability Insurance Section of this policy. In that event, these premiums will also be subject to audit and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

*Separation Of Insureds*

Except with respect to the Limits Of Insurance and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and
- separately to each **insured** against whom claim is made or **suit** is brought.

*Transfer Of Rights Of Recovery*

If the **insured** has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring **suit** or transfer those rights to us and help us enforce them.

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB

## Stop Gap

### Definitions

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

*Agreed Settlement*

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

*Bodily Injury*

**Bodily injury** means physical:

- injury,
- sickness, or
- disease

sustained by a person and, if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or death at any time.

*Employee*

**Employee** includes a **leased worker** but does not include a **temporary worker**.

*Executive Officer*

**Executive officer** means a person holding any of the officer positions created by your charter, constitution or by-laws.

*Insured*

**Insured** means any person or organization qualifying as an insured under the Who Is Insured provision and against whom claim is made or **suit** is brought.

*Leased Worker*

**Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

*Suit*

**Suit** means a civil proceeding in which damages because of **bodily injury** to which this insurance applies are alleged. **Suit** also includes:

- an arbitration proceeding in which such damages are claimed and to which the **insured** must submit or does submit with our consent; or
- any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with our consent.

*Temporary Worker*

**Temporary worker** means a person who is furnished to you for a finite time period to support or supplement your work force in special work situations such as **employee** absences, temporary skill shortages and seasonal workloads.

LIABILITY ENDORSEMENTS

# Liability Insurance Section

## Endorsements

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS
GENERAL LIABILITY

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

### Exclusion Endorsement

*Information Distribution Laws*

With respect to all coverages under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any actual or alleged violation of:

- the United States of America CAN-SPAM Act of 2003 or any law amendatory thereof;
- the United States of America Telephone Consumer Protection Act (TCPA) of 1991 or any law amendatory thereof; or
- any other ordinance, regulation or statute relating to communicating, distribution, publication, sending or transmitting of content, information or material.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies tc the following forms:

GENERAL LIABILITY

EMPLOYEE BENEFITS E RRORS OR OMISSIONS

The following changes are made as respects exposures in the state of Rhode Island.

Under Supplementary Payments, the paragraph relating to prejudgment interest is deleted and replaced by the following:

### *Supplementary Payments*

- prejudgment interest awarded against the **insured** on the entire judgment if we reject a written settlement offer by the plaintiff that is equal to or less than the applicable Limit Of Insurance in this policy. If we do not reject such a settlement, we will pay any prejudgment interest on that part of the judgment we pay;

*continued*

**Liability Insurance**
*(continued)*

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Who Is An Insured, the following provision is added:

### Who Is An Insured

*Scheduled Person Or Organization*

Subject to all of the terms and conditions of this insurance, any person or organization shown in the Schedule, acting pursuant to a written contract or agreement between you and such person or organization, is an **insured**; but they are **insureds** only with respect to liability arising out of your operations, or your premises, if you are obligated, pursuant to such contract or agreement, to provide them with such insurance as is afforded by this policy.

However, no such person or organization is an **insured** with respect to any:

- assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for injury or damage, to which this insurance applies, that the person or organization would have in the absence of such contract or agreement.
- damages arising out of their sole negligence.

## Schedule

POTTER ELECTRIC SIGNAL COMPANY
2081 CRAIG ROAD
ST, KUYUSM NUSSEY RI 63148-4161

continued

**Liability Endorsement**
*(continued)*

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS
GENERAL LIABILITY

### Terrorism Provisions

A new section titled Terrorism Provisions is added to the end of this contract.

*Cap On Certified Terrorism Losses*

With respect to any one, or more than one, **certified act of terrorism** under the **terrorism law**, we will not pay any amount for which we are not responsible pursuant to the terms of the **terrorism law** (including any subsequent action of Congress pursuant to the **terrorism law**) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

### Terrorism Definitions

A new section titled Terrorism Definitions is added.

*Certified Act Of Terrorism*

**Certified act of terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act:

A. of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B. that results in damage:

1. within the **United States**; or

2. outside of the **United States** in the case of:

   a. an air carrier or vessel as described in the **terrorism law**; or



*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

## *Liability Insurance*
*(continued)*

b. the premises of a mission of the United States of America,

which was committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to:

- coerce the civilian population; or
- influence the policy or affect the conduct of the Government,

of the **United States**.

**Certified act of terrorism** does not include an act that:

- is committed as part of the course of a war declared by the Congress of the **United States**; or
- does not result in property and casualty insurance losses that exceed $5 million in the aggregate.

*State*

**State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America.

*Terrorism Law*

**Terrorism law** means the "Terrorism Risk Insurance Act of 2002" (Pub.L.107-297) of the United States of America.

*United States*

**United States** means:

- a **state**; and
- the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger



*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

CHUBB

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Policy Exclusions, the following exclusion is added:

### *Policy Exclusions*

*Biological Agents*

A. This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **biological agents**.

B. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any **biological agents**; or

2. claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any **biological agents**.

*continued*

## Definitions

Under Definitions, the following definition is added:

*Biological Agents*

**Biological agents** means any:

A. 1. bacteria;

2. mildew, mold or other fungi;

3. other microorganisms; or

4. mycotoxins, spores or other by-products of any of the foregoing;

B. viruses or other pathogens (whether or not a microorganism); or

C. colony or group of any of the foregoing.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

EMPLOYEE BENEFITS ERRORS OR OMISSIONS

Under Limits Of Insurance, the provisions titled Aggregate Limit and Each Claim Limit are deleted and replaced by the following:

### Limits Of Insurance

*Aggregate Limit*

Subject to the Each Claim Limit, the Aggregate Limit is the most we will pay for the sum of damages for all **claims**.

*Each Claim Limit*

The Each Claim Limit is the most we will pay for all damages for each **claim**, in excess of the deductible stated in the Declarations.

Any amount paid for damages for each **claim** will reduce the amount of Aggregate Limit available for payment of damages for any other **claim**.

If the Aggregate Limit has been reduced by payment of damages for **claims** to an amount that is less than the Each Claim Limit, the remaining Aggregate Limit is the most that will be available for payment of damages for any other **claim**.

continued

Under Investigation, Defense And Payment Of Damages, the provisions are deleted and replaced by the following:

***Investigation, Defense And Payment Of Damages***

We will have the right and duty to defend any **insured** against a **suit** seeking damages for any **claim** arising out of a negligent act, error, or omission. However, we will have no duty to defend any **insured** against a **suit** seeking damages to which this insurance does not apply. We may at our discretion investigate any negligent act, error, or omission and settle any **claim** or **suit** that may result.

The amount we will pay for damages is limited as described in Limits Of Insurance. Our right and duty to defend end when we have used up the applicable Limit Of Insurance in the payment of judgments or settlements.

We have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown below.

Under Supplementary Payments, the provisions of the second paragraph are deleted and replaced by the following:

***Supplementary Payments***

These payments will not reduce the Limits Of Insurance.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Limits Of Insurance, the following provision is added:

### Limits Of Insurance

*Deductible*

Our obligation to pay damages, defense costs and other Supplementary Payments on behalf of the **insured** for **bodily injury**, **property damage**, **advertising injury** and **personal injury** applies only to the amount of damages, defense costs and other Supplementary Payments in excess of the deductible amounts shown in the Declarations as applicable to such coverages.

The deductible amounts shown in the Declarations apply as follows:

A. Per Occurrence basis – the deductible amount applies to all damages, defense costs and other Supplementary Payments because of:

1. all **bodily injury** or **property damage** as the result of any one **occurrence**, regardless of the number of persons or organizations who sustain damages because of that **occurrence**; or

2. all **bodily injury** and **property damage** as the result of any one **occurrence**, regardless of the number of persons or organizations who sustain damages because of that **occurrence**.