## *Limits Of Insurance*

*Deductible (continued)*

B. Per Offense basis – the deductible amount applies to all damages, defense costs and other Supplementary Payments because of:

1. all **advertising injury** or **personal injury** as the result of any one offense, regardless of the number of persons or organizations who sustain damages because of that offense; or

2. all **advertising injury** and **personal injury** as the result of any one offense, regardless of the number of persons or organizations who sustain damages because of that offense.

Deductible payments by the **insured** will not reduce the Limits Of Insurance.

We may pay any part or all of the deductible amount to settle any claim or **suit** and then bill you for reimbursement of any such payment that we have made. Within thirty (30) days of our billing, you shall reimburse us in full for any payments that we have made which are below the deductible amount. A failure to reimburse us shall be equivalent to non-payment of premium for purpose of cancellation of this policy by us.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Limits Of Insurance the following provision is added:

## Limits Of Insurance

### Deductible

Our obligation to pay damages on behalf of the **insured** for **bodily injury** and **property damage** applies only to the amount of damages in excess of the deductible amounts shown in the Declarations as applicable to such coverages.

The deductible amounts shown in the Declarations apply as follows:

1. Per Claim basis - the deductible amount applies to all damages because of:

   A. **bodily injury** sustained by one person, or to all **property damage** sustained by one person or organization, as the result of any one **occurrence**; or

   B. **bodily injury** and **property damage** sustained by one person or organization as the result of any one **occurrence**.

2. Per Occurrence basis - the deductible amount applies to all damages because of:

   A. all **bodily injury** or **property damage** as the results of any one **occurrence**, regardless of the number of persons or organizations who sustain damages because of that **occurrence**; or

   B. **bodily injury** and **property damage** as a result of one **occurrence**, regardless of the number of persons or organizations who sustain damages because of that **occurrence**.

We may pay any part or all of the deductible amount to settle any claim or **suit** and, when notified, you will promptly reimburse us for any deductible paid.

continued

## Liability Endorsement
*(continued)*

All other terms and conditions remain unchanged.

Authorized Representative ______ Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Limits Of Insurance, General Aggregate Limit, the following provision is added:

## Limits Of Insurance

*General Aggregate Limit Per Location*

The General Aggregate Limit applies separately to each of your **locations** owned by or rented to you.

Under Definitions, the following definition is added:

## Definitions

*Location*

**Location** includes connecting lots or lots where the connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

Under Bodily Injury/Property Damage Exclusions, the following exclusion is added:

### Bodily Injury/Property Damage Exclusions

*Aircraft Products*

This insurance does not apply to **bodily injury** or **property damage** arising out of any aircraft product or any missile or spacecraft, including any:

- article, equipment, material, part or spare part installed or otherwise incorporated in, on or under any aircraft, missile or spacecraft, or furnished or used in connection therewith;
- air or space communication, guidance or navigation system;
- ground control, handling or support equipment or tools furnished or used in connection therewith;
- equipment or tools furnished or used in connection with manufacturing, repairing or servicing any of the foregoing;
- blueprints, designs, drawings, information, instructions, manuals, maps, opinions, reports, representations, software, specifications, surveys, training aids, warnings or warranties or engineering or other data furnished or used in connection with any of the foregoing; or

continued

## Bodily Injury/Property Damage Exclusions

*Aircraft Products (continued)*

- engineering or other advice, instruction, labor or service relating to any of the foregoing.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Liability Insurance

## Endorsement

| | |
|---|---|
| Policy Period | JUNE 1, 2006 TO JUNE 1, 2007 |
| Effective Date | JUNE 1, 2006 |
| Policy Number | 7317-97-52 BOS |
| Insured | TACO, INC. |
| Name of Company | FEDERAL INSURANCE COMPANY |
| Date Issued | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

UNDER COVERAGE, THE PROVISION TITLED ADVERTISING INJURY AND PERSONAL INJURY IS AMENDED TO DELETE COVERAGE FOR ADVERTISING INJURY AND PERSONAL INJURY.
IT IS AGREED THAT ALL REFERENCES IN THE CONTRACT TO ADVERTISING INJURY OR PERSONAL INJURY ARE DELETED AND NO COVERAGE IS PROVIDED.

THIS ENDORSEMENT ONLY APPLIES TO ACTIVITIES ARISING FROM THE FOLLOWING NAMED INSUREDS:

TACO E-SPEX & BEN JOHN CORPORATION

All other terms and conditions remain unchanged.

Authorized Representative Robert Hamburger

CHUBB

## Liability Insurance

### Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

GENERAL LIABILITY

UNDER POLICY EXCLUSIONS THE FOLLOWING IS ADDED:

THIS INSURANCE DOES NOT APPLY TO BODILY INJURY, PROPERTY DAMAGE ADVERTISING INJURY OR PERSONAL INJURY ARISING OUT OF THE RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICE OR ADVICE, WHETHER OR NOT THAT SERVICE OR ADVICE IS ORDINARY TO THE INSURED'S PROFESSION, REGARDLESS OF WHETHER A CLAIM OR SUIT IS BROUGHT BY A CLIENT OR ANY OTHER PERSON OR ORGANIZATION.

THIS ENDORSEMENT ONLY APPLIES TO ACTIVITIES ARISING FROM THE FOLLOWING NAMED INSUREDS:

TACO E-SPEX & BEN JOHN CORPORATION

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

**Liability Insurance**

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies tc the following forms:

GENERAL LIABILITY

The Pollution Exclusion under Policy Exclusion of Form 80-02-2000, General Liability, Page 15 of 25, is replaced by the following:

A. This Insurance does not apply to bodily injury, property damage, advertising injury, or personal injury arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

1. at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

2. at or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing for treatment of waste;
---+---1---+---2---+---3---+---4---+---5---+---6-
1. which are or were at any time tranported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

2. at or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insureds behalf are performing operations

a. if the pollutants are brought on or to the premises, site or location in connection with

such c    ations by such insured, contractor or subcon...actor; or

if the operations are to test for, monitor, clean up, remove, respond to, or assess the effects of pollutants.

Subparagraphs A.1. and A.4.a. do not apply to bodily injury, property damage, advertising injury, or personal injury arising out of heat, smoke or fumes from a hostile fire or from windstorm, lightning, vandalism or malicious mischief, explosion or riot and civil commotion.

B. This insurance does not apply to any loss, cost or expense arising out of any

1. request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

2. claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to, or assessing the effects of pollutants.

This exclusion does not apply to damage to premises rented to you caused by fire, explosion, smoke or leakage from fire protective equipment.

Vandalism or Malicious Mischief as used in this exclusion means the intentional damage or destruction of property by any person or organization not employed by, affiliated with or subject to the direction or control of the insured or any person or organization for whom the insured may be legally responsible.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

COMMON POLICY CONDITIONS

# Common Policy Conditions Section

CHUBB

# Policy Conditions

## Schedule of Forms

| | |
|---|---|
| Policy Period | JUNE 1, 2006 TO JUNE 1, 2007 |
| Effective Date | JUNE 1, 2006 |
| Policy Number | 7317-97-52 BOS |
| Insured | TACO, INC. |
| Name of Company | FEDERAL INSURANCE COMPANY |
| Date Issued | JUNE 12, 2006 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-9090 | 7-03 | COMMON POLICY CONDITIONS | 06/01/06 | 06/12/06 |
| 80-02-9301 | 2-98 | NAMED INSURED | 06/01/06 | 06/12/06 |
| 80-02-9721 | 4-94 | RHODE ISLAND MANDATORY-COMMON-CANCEL/NONRENEW | 06/01/06 | 06/12/06 |

last page

CHUBB

# Common Policy Conditions

## Contract

**Conditions**

The following Conditions are included under each part of the policy, unless stated otherwise.

**Audit Of Books And Records**

We may audit your books and records as they relate to this insurance at any time during the term of this policy and up to three years afterwards.

**Cancellation**

The first named insured may cancel this policy or any of its individual coverages at any time by sending us a written request or by returning the policy and stating when thereafter cancellation is to take effect.

We may cancel this policy or any of its individual coverages at any time by sending to the first named insured a notice 60 days (20 days in the event of non-payment of premium) in advance of the cancellation date. Our notice of cancellation will be mailed to the first named insured's last known address, and will indicate the date on which coverage is terminated. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

The earned premium will be computed on a pro rata basis. Any unearned premium will be returned as soon as practicable.

**Changes**

This policy can only be changed by a written endorsement that becomes part of this policy. The endorsement must be signed by one of our authorized representatives.

**Compliance By Insureds**

We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with all of the terms and conditions of the policy.

**Compliance With Applicable Trade Sanctions**

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

**Conformance**

Any terms of this insurance which are in conflict with the applicable statutes of the State in which this policy is issued are amended to conform to such statutes.

**First Named Insured**

The person or organization first named in the Declarations is primarily responsible for payment of all premiums. The first named insured will act on behalf of all other named insureds for the giving and receiving of notice of cancellation or nonrenewal and the receiving of any return premiums that become payable under this policy.

**Inspections And Surveys**

We may:

- make inspections and surveys at any time;
- give you reports on the conditions we find; and
- recommend changes.

## Conditions

*Inspections And Surveys (continued)*

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

- are safe or healthful; or
- comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations for us.

*Titles Of Paragraphs*

The titles of the various paragraphs of this policy and endorsements, if any, attached to this policy are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

*Transfer Of Rights And Duties*

Your rights and duties under this insurance may not be transferred without our written consent. However, if you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative, or to anyone having temporary custody of your property until your legal representative has been appointed.

*When We Do Not Renew*

If we decide not to renew this policy, we will mail or deliver to the first named insured stated in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date. If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

COMMON POLICY ENDORSEMENTS

## Common Policy Conditions Section

## Endorsements

CHUBB

# Policy Conditions

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

The following changes are made as respects exposures in the state of Rhode Island.

Under Conditions, the provision titled Cancellation and When We Do Not Renew are deleted and replaced by the following:

## Conditions

### Cancellation Or Nonrenewal

*Cancellation*

A. The first named insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to our agent who issued the policy.

B. 1. We may cancel this policy by giving, mailing or delivering to the first named insured and agent, if any, written notice of cancellation at least:

a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

2. If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

a. Nonpayment of premium;

b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

continued

## Conditions

*Cancellation Or Nonrenewal (continued)*

c. Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;.

d. Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to regulation, legislation, or court decision;

e. Loss or decrease of our reinsurance covering all or part of the risk or exposure covered by the policy;

f. Determination by the Commissioner of Insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this state;

g. Owner or occupant incendiarism;

h. Violation or breach by you of any policy terms or conditions;

i. Constructive or actual total loss of the Covered Property; or

j. Such other reasons as may be approved by the Commissioner of Insurance.

C. We will give, mail or deliver written notice to the first named insured at the last address known to us, and to the agent, if any.

D. Proof of giving, mailing or delivering notice of cancellation will be sufficient proof of notice.

E. The earned premium will be computed on a pro rata basis. Any unearned premium will be returned as soon as practicable.

F. We will provide you with the reason or reasons for cancellation if:

1. You request in writing a statement of the reasons for cancellation; and

2. You agree in writing to hold us harmless from liability for any:

a. Communication giving notice of, or specifying the reasons for, cancellation; or

b. Statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation as provided under paragraph B. above.

*Nonrenewal*

A. If we elect not to renew this policy, we will give, mail or deliver to the first named insured and agent, if any, written notice of nonrenewal at least 30 days before:

1. The expiration date of the policy; or

2. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.

B. However, we need not give, mail or deliver this notice if:

1. We have offered to issue a renewal policy; or

2. The first named insured has obtained, or has agreed in writing to obtain, replacement coverage.

*continued*

CHUBB

# Policy Conditions

## Endorsement

*Effective Date* JUNE 1, 2006

*Policy Number* 7317-97-52 BOS

## Conditions

*Cancellation Or Nonrenewal (continued)*

*Mailing*

If notice of cancellation or nonrenewal is mailed to the insured, we will use certified mail, return receipt requested. We will also obtain a written receipt from the United States Postal Service, showing the name and address of the first named insured stated in the policy; this receipt will be sufficient proof of mailing.

We will also give, mail or deliver written notice of cancellation, subject to Cancellation paragraph B.1. above, and written notice of nonrenewal, subject to Nonrenewal paragraph A. above, to any loss payee named in the policy. Mailing will be accomplished in accordance with the procedure stated in the above paragraph.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# Policy Conditions

## Endorsement

| | |
|---|---|
| *Policy Period* | JUNE 1, 2006 TO JUNE 1, 2007 |
| *Effective Date* | JUNE 1, 2006 |
| *Policy Number* | 7317-97-52 BOS |
| *Insured* | TACO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 12, 2006 |

This Endorsement applies to the following forms:

LIABILITY DECLARATIONS

The Named Insured is amended to include the following:

*Named Insured*

TACO, INC.
JOHN HAZEN WHITE CORP.
CRANSTONIA, A.G.
UNIPPAS INC., A DIVISION OF TACO, INC.
TACOMER, INC.
TACO KOREA, LTD
TACO INTERNATIONAL, LTD
TACO CONDENS CORPORATION
TACO E-SPEX
BEN JOHN CORPORATION

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

CHUBB

# I[illegible]PORTANT NOTICE TO POLIC[illegible]HOLDERS

# TERRORISM RISK INSURANCE ACT OF 2002

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act of 2002 ("TRIA").

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in TRIA) would be partially reimbursed by the United States of America, pursuant to the formula set forth in TRIA. In addition, as required by TRIA, we:

- indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;
- specified the premium we would charge, if any, for providing such insurance; and
- except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

- You rejected terrorism insurance under TRIA, your policy includes the appropriate amendatory endorsement(s).
- You did not reject terrorism insurance under TRIA, the premium charged for your policy, including that portion applicable to terrorism insurance under TRIA, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under TRIA.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

**Please note that if your policy:**

- ***provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under TRIA, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.***
- ***is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.***