CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Important Notice

**Umbrella/Coverage C – Pollution Liability Insurance – Excess Of Retained Limits – Named Perils Basis**

We have added Umbrella Coverage C – Pollution Liability Insurance – Excess Of Retained Limits – Named Perils Basis to this contract.

*Important Notice*

The trigger of coverage under Coverage C differs from that which applies to other coverages under this policy. Umbrella Coverage C applies only if a **pollution incident** commences during the policy period and is caused by one or more of the **named perils** specified under Umbrella Coverage C.

Umbrella Coverage C is written on an indemnity basis. We have the right, but no duty, to participate in the defense of any person or organization under Umbrella Coverage C.

You are responsible for the Pollution Liability Retained Limits as stated in this insurance.

Under Umbrella Coverage C, either the **insured** or we may demand that coverage disagreements be resolved by binding arbitration.

Also, other duties, obligations and terms and conditions under Umbrella Coverage C may be different than those that apply to other coverages under this policy.

Please read the entire policy carefully to determine your rights and duties and what is and what is not covered.

Notice of all **pollution incidents**, claims or **pollutant suits** must be mailed or delivered to us, in writing, in care of:

Chubb & Son
A division of Federal Insurance Company
Claim Department
Environmental Claim Manager
15 Mountain View Road
Warren, New Jersey 07059
U.S.A.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

# *IMPORTANT NOTICE TO POLICYHOLDERS*

**This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.**

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

We have added a condition or section that applies to the entire policy called Compliance With Applicable Trade Sanctions, which stipulates that your insurance policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Premium Bill

| | | |
|---|---|---|
| Policy Period | JUNE 01, 2006 | to JUNE 01, 2007 |
| Effective Date | June 1, 2006 | |
| Policy Number | 7968-72-08 | |
| Insured | TACO, INC. | |
| Name of Company | FEDERAL INSURANCE COMPANY | |
| Date Issued | May 31, 2006 | |
| Producer | AON RISK SERVICES, INC. OF RHODE ISLAND | |

**THIS BILLING IS TO BE ATTACHED TO AND FORM A PART OF THE POLICY**

Please Send Payment To Agent Or Broker

| Coverage | Commission Rate | | Premium |
|---|---|---|---|
| COMMERCIAL UMBRELLA | 10.0% | $ | 263,319.00 |
| | Total | $ | 263,319.00 |

**Portion of total premium attributable for Terrorism and statutory standard fire where applicable is $** **2,607.00**

When sending payment please indicate policy or certificate number.

Note: Please return this bill with payment and include any additional changes.

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Declarations

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Named Insured and Mailing Address

TACO, INC.
1160 CRANSTON STREET
CRANSTON, RI 02920

Policy Number 7968-72-08

Issued by the stock insurance company indicated below, herein called the company.

FEDERAL INSURANCE COMPANY

Incorporated under the laws of Indiana

Producer No. 0009706-99999

Producer AON RISK SERVICES, INC. OF RHODE ISLAND
50 KENNEDY PLAZA, FL. 10
PROVIDENCE, RI 02903-2393

### Policy Period

From: JUNE 01, 2006 To: JUNE 01, 2007
12:01 A.M. standard time at the Named Insured's mailing address shown above.

### Premium

$ 263,319.00

### Limits Of Insurance

| | | |
|---|---|---|
| Excess Coverage Other Aggregate Limit (as applicable) | $ | 20,000,000. |
| Umbrella Coverages Aggregate Limit | $ | 20,000,000. |
| Products Completed Operations Aggregate Limit | $ | 20,000,000. |
| Advertising Injury and Personal Injury Aggregate Limit | $ | 20,000,000. |
| Each Occurrence Limit | $ | 20,000,000. |

### Authorization

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

FEDERAL INSURANCE COMPANY

W. Andrew Macan
Secretary

Thomas F. Motamed
President

Authorized Representative Robert Hamburger

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Schedule Of Forms

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | to JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

*As of the effective date printed above, this is the Schedule Of Forms applicable to this policy:*

| | *Form Number* | |
|---|---|---|
| POLL LIAB EXCESS RETAINED-NAMED PERILS NOTICE | 07-02-1316 | (07/01) |
| IMPORTANT NOTICE - OFAC | 99-10-0792 | (09/04) |
| FEDERAL INS. CO. - UMBRELLA DECLARATION | 07-02-0817 | (07/01) |
| CHUBB COMMERCIAL EXCESS & UMBRELLA INSURANCE | 07-02-0815 | (07/01) |
| COMPLIANCE WITH APPLICABLE TRADE SANCTIONS | 07-02-1988 | (02/04) |
| POLICY EXCL-INFORMATION DISTRIBUTION LAWS | 07-02-2172 | (11/04) |
| SILICON, SILICA AND SILICATE POLICY EXCL | 07-02-1941 | (09/02) |
| CAP ON CERTIFIED TERRORISM LOSSES | 07-02-1961 | (01/03) |
| MANUSCRIPT ENDORSEMENT | 99-02-02 | (07/01) |
| MANUSCRIPT ENDORSEMENT | 99-02-02 | (07/01) |
| MANUSCRIPT ENDORSEMENT | 99-02-02 | (07/01) |
| MANUSCRIPT ENDORSEMENT | 99-02-02 | (07/01) |
| MANUSCRIPT ENDORSEMENT | 99-02-02 | (07/01) |
| AIRCRAFT PRODUCTS EXCLUSION | 07-02-0827 | (07/01) |
| BIOLOGICAL AGENTS EXCL. | 07-02-1692 | (07/01) |
| CLAIMS MADE - COV. A EXCESS FOLLOW-FORM | 07-02-0859 | (07/01) |
| CLAIMS MADE - COV. A EXCESS FOLLOW-FORM | 07-02-0859 | (07/01) |
| CARE, CONTROL OR CUSTODY - POLICY EXCLUSION | 07-02-0837 | (07/01) |
| FOREIGN LIABILITY EXCL. BI/PD/AI/PI COV. B | 07-02-0861 | (07/01) |
| PREMIUM INSTALLMENTS - CONDITION | 07-02-0950 | (07/01) |
| RECALL OF PRODUCTS EXCLUSION | 07-02-1458 | (07/01) |
| SUPPLEMENTARY PAYMENTS | 07-02-0845 | (07/01) |
| SCHEDULE OF UNDERLYING INSURANCE | 07-02-0922 | (07/01) |

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Schedule Of Underlying Insurance

*Effective date:* JUNE 1, 2006

*Policy Number:* 7963-72-08

*Insured:* TACO, INC.

**Description** | **Limits**

### Employers Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | FEDERAL INSURANCE COMPANY | *Coverage B - Employer's Liability* | | |
| | | *Bodily Injury By Accident* | | |
| | | $ | 500,000. | *Each Accident* |
| *Policy No.:* | 7162-36-97 | *Bodily Injury By Disease* | | |
| *Policy Period:* | 06/01/2006 | $ | 1,000,000. | *Policy Limit* |
| *to:* | 06/01/2007 | $ | 500,000. | *Each Employee* |

All States

### Employers Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | MIDWEST EMPLOYERS CASUALTY CO | *Coverage B - Employer's Liability* | | |
| | | *Bodily Injury By Accident* | | |
| | | $ | 1,000,000. | *Each Accident* |
| *Policy No.:* | 02000510004410 5 | *Bodily Injury By Disease* | | |
| *Policy Period:* | 01/01/2006 | $ | 1,000,000. | *Policy Limit* |
| *to:* | 01/01/2007 | $ | 1,000,000. | *Each Employee* |

MA

### Employers Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | MIDWEST EMPLOYERS CASUALTY CO | *Coverage B - Employer's Liability* | | |
| | | *Bodily Injury By Accident* | | |
| | | $ | 1,000,000. | *Each Accident* |
| *Policy No.:* | EWC006503 | *Bodily Injury By Disease* | | |
| *Policy Period:* | 06/01/2006 | $ | 1,000,000. | *Policy Limit* |
| *to:* | 06/01/2007 | $ | 1,000,000. | *Each Employee* |

Excess RI EL

### Commercial General Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Each Occurrence* |
| | | $ | 1,000,000. | *General Aggregate* |
| *Policy No.:* | 7317-97-52 | $ | 1,000,000. | *Products/Completed Operations Aggregate* |
| *Policy Period:* | 06/01/2006 | | | |
| *to:* | 06/01/2007 | $ | 1,000,000. | *Personal and Advertising Injury (aggregate when applicable)* |

Occurrence

# Chubb Commercial Excess And Umbrella Insurance

## Schedule Of Underlying Insurance

*Effective date:* JUNE 1, 2006

*Policy Number:* 7968-72-08

*Insured:* TACO, INC.

**Description** **Limits**

### Commercial General Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Each Occurrence* |
| | | $ | 1,000,000. | *General Aggregate* |
| *Policy No.:* | 3539-78-08 | $ | 1,000,000. | *Products/Completed Operations Aggregate* |
| *Policy Period:* | 06/01/2006 | | | |
| *to:* | 06/01/2007 | $ | 1,000,000. | *Personal and Advertising Injury (aggregate when applicable)* |

Occurrence

Canada

### Automobile Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Each Accident* |
| | | *or* | | |
| *Policy No.:* | 7317-97-53 | *Bodily Injury Liability* | | |
| *Policy Period:* | 06/01/2006 | | | *Each Person* |
| *to:* | 06/01/2007 | | | *Each Accident* |
| | | *Property Damage Liability* | | |
| | | | | *Each Accident* |

Includes all owned, non-owned and hired cars
Combined Single Limit
All States

### Automobile Liability

| | | | | |
|---|---|---|---|---|
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Each Accident* |
| | | *or* | | |
| *Policy No.:* | 7323-00-16 | *Bodily Injury Liability* | | |
| *Policy Period:* | 06/01/2006 | | | *Each Person* |
| *to:* | 06/01/2007 | | | *Each Accident* |
| | | *Property Damage Liability* | | |
| | | | | *Each Accident* |

Includes all owned, non-owned and hired cars
Combined Single Limit
TX

CHUBB

**Chubb Commercial Excess And Umbrella Insurance**

## Schedule Of Underlying Insurance

*Effective date:* JUNE 1, 2006

*Policy Number:* 7968-72-08

*Insured:* TACO, INC.

| **Description** | | | **Limits** | |
|---|---|---|---|---|
| ***Employee Benefits Liability*** | | | | |
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Claim* |
| *Policy No.:* | 7317-97-52 | $ | 1,000,000. | *Aggregate* |
| *Policy Period:* | 06/01/2006 | | | |
| *to:* | 06/01/2007 | | | |
| Claims Made Retroactive Date | 06/01/2001 | | | |
| ***Employee Benefits Liability*** | | | | |
| *Insurer:* | FEDERAL INSURANCE COMPANY | $ | 1,000,000. | *Claim* |
| *Policy No.:* | 3539-78-08 | $ | 1,000,000. | *Aggregate* |
| *Policy Period:* | 06/01/2006 | | | |
| *to:* | 06/01/2007 | | | |
| Claims Made Retroactive Date | 06/01/1999 | | | |
| Canada | | | | |
| ***Foreign Automobile Liability*** | | | | |
| *Insurer:* | GREAT NORTHERN INSURANCE CO | $ | 1,000,000. | *Combined Single Limit* |
| *Policy No.:* | 3539-55-44 | | | |
| *Policy Period:* | 06/01/2006 | | | |
| *to:* | 06/01/2007 | | | |

CHUBB

**Chubb Commercial Excess And Umbrella Insurance**

## Schedule Of Underlying Insurance

*Effective date:* JUNE 1, 2006

*Policy Number:* 7968-72-08

*Insured:* TACO, INC.

| Description | Limits | | |
|---|---|---|---|
| **Foreign Employers Liability** | | | |
| *Insurer:* GREAT NORTHERN INSURANCE CO | $ | 1,000,000. | *Each Accident* |
| *Policy No.:* 3539-55-44 | $ | 1,000,000. | *Policy Limit* |
| *Policy Period:* 06/01/2006 *to:* 06/01/2007 | $ | 1,000,000. | *Each Employee* |
| **Foreign General Liability** | | | |
| *Insurer:* GREAT NORTHERN INSURANCE CO | $ | 1,000,000. | *Occurrence* |
| *Policy No.:* 3539-55-44 | $ | 1,000,000. | *Aggregate* |
| *Policy Period:* 06/01/2006 *to:* 06/01/2007 | | | |
| Occurrence | | | |

**Authorization**

*All other terms and conditions remain unchanged.*

*Authorized Representative* [signature]

*May 31, 2006*

CHUBB

**Chubb Commercial Excess And Umbrella Insurance**

## Table Of Contents


| Section | Page No. |
|---|---|
| Coverage/Excess Follow-Form Coverage A | 3 |
| Coverages/Umbrella Coverage B | 3 |
| Investigation, Defense And Settlements | 5 |
| Supplementary Payments | 5 |
| Coverage Territory | 6 |
| Who Is An Insured/Excess Follow-Form Coverage A | 6 |
| Who Is An Insured/Umbrella Coverage B | 6 |
| Limits Of Insurance | 8 |
| When Excess Follow-Form Coverage A Applies (Drop Down) | 10 |
| Exclusions/Excess Follow-Form Coverage A | 10 |
| Exclusions/Umbrella Coverage B | 11 |
| Policy Exclusions | 17 |
| Conditions | 19 |
| Definitions/Umbrella Coverage B | 25 |
| Policy Definitions | 29 |

*THIS PAGE INTENTIONALLY LEFT BLANK*

## Contract

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; When Excess Follow-Form Coverage A Applies (Drop Down); Exclusions; Conditions and Definitions, as well as the Declarations and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a Named **Insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the Named **Insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

## Coverage/ Excess Follow–Form Coverage A

Subject to all of the terms and conditions applicable to Excess Follow-Form Coverage A, we will pay, on behalf of the **insured**, that part of **loss** to which this coverage applies, which exceeds the applicable **underlying limits**.

This coverage applies only if the triggering event that must happen during the policy period of the applicable **underlying insurance** happens during the policy period of this insurance.

This coverage will follow the terms and conditions of **underlying insurance** described in the Schedule Of Underlying Insurance, unless a term or condition contained in this coverage:

- differs from any term or condition contained in the applicable **underlying insurance**; or
- is not contained in the applicable **underlying insurance**.

With respect to such exceptions described above, the terms and conditions contained in this coverage will apply, to the extent that such terms and conditions provide less coverage than the terms and conditions of the applicable **underlying insurance**.

This coverage does not apply to any part of **loss** within **underlying limits**, or any related costs or expenses.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

## Coverages/ Umbrella Coverage B

### *Bodily Injury And Property Damage Liability Coverage*

Subject to all of the terms and conditions applicable to Umbrella Coverage B, we will pay, on behalf of the **insured**, **loss** by reason of liability:

- imposed by law; or
- assumed in an **insured contract**;

## Coverages/ Umbrella Coverage B

*Bodily Injury And Property Damage Liability Coverage (continued)*

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.

This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would apply, regardless of whether or not:

   1. **underlying insurance** is available; and

   2. the applicable **underlying limits** have been exhausted;

B. **loss** to which **underlying limits** apply; or

C. any costs or expenses related to **loss** as described in paragraphs A. or B. above.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

*Advertising Injury And Personal Injury Liability Coverage*

Subject to all of the terms and conditions applicable to Umbrella Coverage B, we will pay, on behalf of the **insured**, **loss** because of liability:

- imposed by law; or
- assumed in an **insured contract**;

for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would apply, regardless of whether or not:

   1. **underlying insurance** is available; and

   2. the applicable **underlying limits** have been exhausted;

B. **loss** to which **underlying limits** apply; or

C. any costs or expenses related to **loss** as described in paragraphs A. or B. above.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Investigation, Defense And Settlements

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured**:

- under Excess Follow-Form Coverage A, against a **suit** in connection with **loss** to which such coverage applies, if the applicable **underlying limits** have been exhausted by payment of judgments, settlements or related costs or expenses (if such costs or expenses reduce such limits); or

- under Umbrella Coverage B, against a **suit** to which such coverage applies, even if such **suit** is false, fraudulent or groundless.

We have no duty to defend any person or organization against any claim or **suit**:

- to which this insurance does not apply; or
- if any other insurer has a duty to defend.

When we have the duty to defend, we may, at our discretion, investigate any occurrence or offense and settle any claim or **suit**. In all other cases, we may, at our discretion, participate in the investigation, defense and settlement of any occurrence, offense, claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

## Supplementary Payments

Subject to all of the terms and conditions of this insurance, under Excess Follow-Form Coverage A or Umbrella Coverage B:

A. we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

1. the expenses we incur.
2. the cost of:
   a. bail bonds; or
   b. bonds required to:
      (1) appeal judgments; or
      (2) release attachments;

   but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.
3. reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.
4. costs taxed against the **insured** in the **suit**, except any:
   a. attorney fees or litigation expenses; or
   b. other loss, cost or expense;

   in connection with any injunction or other equitable relief.
5. prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**Supplementary Payments**
*(continued)*

6. interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

B. Supplementary Payments does not include any fine or other penalty.

C. Supplementary Payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

## Coverage Territory

*Excess Follow–Form Coverage A*

With respect to Excess Follow-Form Coverage A, this insurance applies anywhere that the applicable **underlying insurance** applies.

*Umbrella Coverage B*

With respect to Umbrella Coverage B, this insurance applies anywhere.

## Who Is An Insured/ Excess Follow–Form Coverage A

With respect to Excess Follow-Form Coverage A, the following persons and organizations qualify as **insureds**:

- the Named **Insured** shown in the Declarations; and
- other persons or organizations qualifying as an insured in **underlying insurance**, but not beyond the extent of any limitation imposed under any contract or agreement.

## Who Is An Insured/ Umbrella Coverage B

With respect to Umbrella Coverage B, the following persons and organizations qualify as **insureds**.

*Sole Proprietorships*

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

- persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and
- your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

*Partnerships Or Joint Ventures*

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

## Who Is An Insured/ Umbrella Coverage B
*(continued)*

*Limited Liability Companies*

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

*Other Organizations*

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

*Employees*

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

*Volunteers*

Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction.

*Real Estate Managers*

Persons (other than your **employees**) or organizations while acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers.

*Lessors Of Equipment*

Persons or organizations from whom you lease equipment are **insureds**; but they are **insureds** only with respect to the maintenance or use by you of such equipment and only if you are contractually obligated to provide them such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence; or
- **occurrence** that occurs, or offense that is committed, after the equipment lease ends.

*Lessors Of Premises*

Persons or organizations from whom you lease premises are **insureds**; but they are **insureds** only with respect to the ownership, maintenance or use of that particular part of such premises leased to you and only if you are contractually obligated to provide them with such insurance as is afforded by this contract.

However, no such person or organization is an **insured** with respect to any:

- damages arising out of their sole negligence;
- **occurrence** that occurs, or offense that is committed, after you cease to be a tenant in the premises; or
- structural alteration, new construction or demolition operations performed by or on behalf of them.

## *Who Is An Insured/ Umbrella Coverage B* *(continued)*

### *Subsidiary Or Newly Acquired Or Formed Organizations*

If there is no other insurance available, the following organizations will qualify as named **insureds**:

- a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or
- a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

### *Limitations On Who Is An Insured*

With respect to Umbrella Coverage B, the following limitations apply to Who Is An Insured.

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or
2. conduct of any person or organization whose assets, business or organization;

you acquire, either directly or indirectly, for any:

- **bodily injury** or **property damage** that occurred; or
- **advertising injury** or **personal injury** arising out of an offense first committed;

in whole or in part, before you, directly or indirectly, acquired such assets, business or organization.

C. No person or organization is an **insured** with respect to the conduct of any partnership (including any limited liability partnership), joint venture or limited liability company that is not shown as a named **insured** in the Declarations.

## *Limits Of Insurance*

With respect to all coverages under this contract, the Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

- **insureds**;
- claims made or **suits** brought;
- persons or organizations making claims or bringing **suits**;
- vehicles involved; or
- coverages provided in this contract.

***Limits Of Insurance*** *(continued)*

The aggregate limits apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months (starting with the beginning of the policy period shown in the Declarations), provided the applicable aggregate limits in **underlying insurance** apply in such manner. If the aggregate limits in **underlying insurance** do not so apply, the applicable aggregate limits of this insurance will apply to the entire policy period and not separately to any portion (whether annual or otherwise) thereof.

If the policy period is extended after issuance, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

***Excess Coverage Other Aggregate Limit***

Subject to the Each Occurrence Limit, the Excess Coverage Other Aggregate Limit is the most we will pay for the sum of **loss** under Excess Follow-Form Coverage A, except **loss**:

- included in the products-completed operations hazard;
- arising out of advertising injury or personal injury; or
- otherwise covered by **underlying insurance**, but to which no aggregate limit in such **underlying insurance** applies.

The Excess Coverages Other Aggregate Limit will apply separately to **loss** in the same manner as each aggregate limit so applies in each coverage or policy described in the Schedule Of Underlying Insurance.

***Umbrella Coverages Aggregate Limit***

Subject to the Each Occurrence Limit, the Umbrella Coverages Aggregate Limit is the most we will pay for the sum of **loss** under Umbrella Coverages, except **loss**:

- included in the **products-completed operations hazard**; or
- arising out of **advertising injury** or **personal injury**.

***Products–Completed Operations Aggregate Limit***

Subject to the Each Occurrence Limit, the Products-Completed Operations Aggregate Limit is the most we will pay for the sum of **loss** included in the products-completed operations hazard, even if such **loss** is or otherwise would be covered in whole or in part under more than one coverage.

***Advertising Injury And Personal Injury Aggregate Limit***

The Advertising Injury And Personal Injury Aggregate Limit is the most we will pay for the sum of **loss** for advertising injury and personal injury, even if such **loss** is or otherwise would be covered in whole or in part under more than one coverage.

***Each Occurrence Limit***

The Each Occurrence Limit is the most we will pay for the sum of **loss** arising out of any one occurrence, even if such **loss** is or otherwise would be covered in whole or in part under more than one coverage.

Any amount paid for **loss** will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

### When Excess Follow-Form Coverage A Applies (Drop Down)

Subject to all of the terms and conditions of this insurance, with respect to Excess Follow-Form Coverage A, if the applicable **underlying limits** are:

- reduced by payment of judgments, settlements or related costs or expenses (if such costs or expenses reduce such limits), Excess Follow-Form Coverage A will drop down to apply in excess of the remaining amount of the applicable **underlying limits**; or
- exhausted by payment of judgments, settlements or related costs or expenses (if such costs or expenses reduce such limits), Excess Follow-Form Coverage A will apply in the same manner as the applicable **underlying insurance** would have applied but for such exhaustion.

### Exclusions/ Excess Follow-Form Coverage A

With respect to Excess Follow-Form Coverage A, the following exclusions apply.

*Pollution*

A. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**, other than as described in paragraph C. below.

B. Paragraph A. above does not apply to:

1. bodily injury or property damage included in the products-completed operations hazard;
2. bodily injury or property damage:
   a. caused by the escape of operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of mobile equipment or its parts;
   b. if sustained within a building and caused by the release of gaseous irritants or contaminants from materials brought into that building, in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or
   c. resulting from your other ongoing contracting operations;
3. bodily injury if sustained within a building and caused by the escape of gaseous irritants or contaminants from equipment used to heat that building;
4. bodily injury or property damage caused by heat, smoke or fumes from a **hostile fire**; or
5. bodily injury or property damage resulting from the ownership, maintenance or use of an auto.

C. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

1. which are or were at any time transported, handled, stored, disposed of, processed or treated as waste by or for any:
   a. **insured**; or
   b. person or organization for whom any **insured** may be legally responsible.
2. at or from any premises, site or location:
   a. which is or was at any time used by or for any **insured** or others for the handling, storage, disposal, processing or treatment of waste; or

## Exclusions/ Excess Follow-Form Coverage A

*Pollution (continued)*

b. on which any **insured** or any contractor or subcontractor working directly or indirectly on any **insured**'s behalf is performing operations, if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

D. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order, or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

2. claim or proceeding by or on behalf of any governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

Paragraph D. above does not apply to the liability for damages, for property damage, that the **insured** would have in the absence of such request, demand, order or regulatory or statutory requirement, or such claim or proceeding by or on behalf of a governmental authority.

This exclusion applies regardless of whether or not the pollution was accidental, expected, gradual, intended, preventable or sudden.

*Obligations Of Underlying Insurance*

This insurance does not apply to any liability or loss, cost or expense for which the liability or obligation under **underlying insurance** is by law unlimited.

*Underlying Insurance Exclusions*

Notwithstanding anything to the contrary set forth in any other provision of this contract, this insurance does not apply to any liability or loss, cost or expense to which the terms and conditions of **underlying insurance** do not apply.

## Exclusions/ Umbrella Coverage B Bodily Injury/ Property Damage

With respect to Umbrella Coverage B, Bodily Injury And Property Damage Liability Coverage, the following exclusions apply.

*Aircraft: Owned Or Rented Without Crew*

This insurance does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, use (use includes operation and **loading or unloading**) or entrustment to others of any aircraft owned or operated by or loaned or rented to any **insured**.

This exclusion does not apply to an aircraft that is:

- loaned or rented to you with a paid, trained crew; and
- not owned, in whole or in part, by any **insured**.