## *Policy Definitions*

**WITH RESPECT TO ALL COVERAGES UNDER THIS CONTRACT, WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW.**

*Underlying Limits (continued)*

If amounts available under the applicable **underlying insurance**, described in the Schedule Of Underlying Insurance, are greater or less than the amount, shown in such Schedule, then the greater of such amounts shall apply in the computation of **underlying limits**.

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Under Conditions, the following condition is added to the policy:

**Conditions**

*Compliance With Applicable Trade Sanctions*

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

The following exclusion is added under Policy Exclusions and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

## Policy Exclusions

### *Information Distribution Laws*

With respect to all coverages under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any actual or alleged violation of:

- the United States of America CAN-SPAM Act of 2003 or any law amendatory thereof;
- the United States of America Telephone Consumer Protection Act (TCPA) of 1991 or any law amendatory thereof; or
- any other ordinance, regulation or statute relating to communicating, distribution, publication, sending or transmitting of content, information or material.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

Under Policy Exclusions, the following exclusion is added:

### Policy Exclusions

*Silicon, Silica And Silicate*

A. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **Silicon**.

B. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **Silicon**; or

2. claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **Silicon**.

Under Policy Definitions, the following definition is added:

### Policy Definitions

*Silicon*

**Silicon** means the element Silicon, including silica and other silicate compounds, or its presence or use in any other alloy, by-product, compound or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

A new section titled Terrorism Provisions is added to the end of this contract.

### Terrorism Provisions

*Cap On Certified Terrorism Losses*

With respect to any one, or more than one, **certified act of terrorism** under the **terrorism law**, we will not pay any amount for which we are not responsible pursuant to the terms of the **terrorism law** (including any subsequent action of Congress pursuant to the **terrorism law**) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

A new section titled Terrorism Definitions is added.

### Terrorism Definitions

*Certified Act Of Terrorism*

**Certified act of terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act:

A. of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B. that results in damage:

  1. within the **United States**; or

  2. outside of the **United States** in the case of:

     a. an air carrier or vessel as described in the **terrorism law**; or

     b. the premises of a mission of the United States of America,

which was committed by an individual or individuals acting on behalf of any foreign person or foreign interest as part of an effort to:

- coerce the civilian population; or
- influence the policy or affect the conduct of the Government,

of the **United States**.



*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

## Terrorism Definitions

*Certified Act Of Terrorism (continued)*

**Certified act of terrorism** does not include an act that:

- is committed as part of the course of a war declared by the Congress of the **United States**; or
- does not result in property and casualty insurance losses that exceed $5 million in the aggregate.

*State*

**State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America.

*Terrorism Law*

**Terrorism law** means the "Terrorism Risk Insurance Act of 2002" (Pub.L.107-297) of the United States of America.

*United States*

**United States** means:

- a **state**; and
- the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006



*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

CHUBB

## Chubb Commercial Excess And U

### Endorsement

| | | |
|---|---|---|
| Policy Period | JUNE 01, 2006 | to JUNE 01, 2007 |
| Effective Date | June 1, 2006 | |
| Policy Number | 7968-72-08 | |
| Insured | TACO, INC. | |
| Name of Company | FEDERAL INSURANCE COMPANY | |
| Date Issued | May 31, 2006 | |

**Endorsement**
**EXCL/UMB.B - PI**
**FOR DESIGNATED**
**ENTITIES**

Under Exclusions/Umbrella Coverage B Advertising Injury/Personal Injury, the following exclusion is added:

This insurance does not apply to **personal injury**.

It is agreed that, with respect to Coverages/Umbrella Coverage B, all references in the policy to **personal injury** are deleted and no coverage is provided.

This exclusion only applies to **personal injury** arising out of the operations of the entities named below:

Taco E-Spex
Ben John Corporation

All other terms and conditions remain unchanged

Authorized Representative
May 31, 2006

CHUBB

## Chubb Commercial Excess And U

## Endorsement

| | | |
|---|---|---|
| Policy Period | JUNE 01, 2006 | to JUNE 01, 2007 |
| Effective Date | June 1, 2006 | |
| Policy Number | 7968-72-08 | |
| Insured | TACO, INC. | |
| Name of Company | FEDERAL INSURANCE COMPANY | |
| Date Issued | May 31, 2006 | |

### Endorsement POLLUTION EXCLUSION NAMED PERILS EXCEPTIONS

Under Exclusions/Excess Follow-Form Coverage A, the exclusion titled Pollution is deleted and replaced with the following:

A. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**.

B. Paragraph A. above does not apply to **bodily injury** or **property damage** caused by:
   a. explosion;
   b. heat, smoke, or fumes from a **hostile fire**;
   c. lightning;
   d. **vandalism or malicious mischief**;
   e. windstorm;or
   f. riot or civil commotion.

C. This insurance does not apply to any **loss**, cost or expense arising out of any:

   1) request, demand order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to assess the effects of **pollutants**; or

   2) claim or proceeding by or on behalf of a governmental

authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of **pollutants**.

As used in this exclusion:

1) **vandalism or malicious mischief** means the intentional damage or destruction of property by any person or organization not employed by, affiliated with or subject to the direction or control of the **insured** or any person or organization for whom the **insured** may be legally responsible.

This exclusion applies regardless of whether or not the pollution was accidental, expected, gradual, intended, preventable or sudden.

All other terms and conditions remain unchanged

*Authorized Representative* Robert Hamburger

*May 31, 2006*

CHUBB

## Chubb Commercial Excess And U

### Endorsement

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | to JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

***Endorsement PROF LIAB EXCL FOR DESIGNATED ENTITIES***

Under Policy Exclusions, the following exclusion is added:

Professional Services

This insurance does not apply to any liability or loss, cost or expense arising out of the rendering or failing to render professional service or advice, whether or not that service or advice is ordinary to the **insured's** profession, regardless of whether a claim or **suit** is brought by a client or any other person or organization.

This exclusion only applies to liability arising out of the operations of the entities named below:

Taco E-Spex
Ben John Corporation

All other terms and conditions remain unchanged

Authorized Representative Robert Hamburger
May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | to JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

***Endorsement EXCL/UMB.B - AI FOR DESIGNATED ENTITIES***

Under Exclusions/Umbrella Coverage B Advertising Injury/Personal Injury, the following exclusion is added:

This insurance does not apply to **advertising injury.**

It is agreed that, with respect to Coverages/Umbrella Coverage B, all references in the policy to **advertising injury** are deleted and no coverage is provided.

This exclusion only applies to **advertising injury** arising out of the operations of the entities named below:

Taco E-Spex
Ben John Corporation

All other terms and conditions remain unchanged

*Authorized Representative*
*May 31, 2006*

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

Endorsement

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | to JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

### *Endorsement WHO IS AN INSURED/EXCESS FOLLOW FORM COVERAGE A*

With respect to Excess Follow-Form Coverage A, the following provision is added.

With respect to liability arising out of the **underlying insurance** show in the schedule below, only the following specified persons and organizations qualify as **insureds:**

Schedule:

Named Insured: TACO, INC.
JOHN HAZEN WHITE CORP.

Underlying Insurance:

| | |
|---|---|
| Coverage: | Employers Liability |
| Insurer Name: | Midwest Employers Casualty Company |
| Certificate Number: | 020005100044105 |
| Term: | 01/01/06 to 01/01/07 (and renewal thereof) |


continued

All other terms and conditions remain unchanged

*Authorized Representative* Robert Hamburger

*May 31, 2006*

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Under Policy Exclusions, the following exclusion is added:

**Policy Exclusions**

*Aircraft Products*

This insurance does not apply to any liability or loss, cost or expense arising out of any aircraft product or any missile or spacecraft, including any:

- article, equipment, material, part or spare part installed or otherwise incorporated in, on or under any aircraft, missile or spacecraft, or furnished or used in connection therewith;
- air or space communication, guidance or navigation system;
- ground control, handling or support equipment or tools furnished or used in connection therewith;
- equipment or tools furnished or used in connection with manufacturing, repairing or servicing any of the foregoing;
- blueprints, designs, drawings, information, instructions, manuals, maps, opinions, reports, representations, software, specifications, surveys, training aids, warnings or warranties or engineering or other data furnished or used in connection with any of the foregoing; or
- engineering or other advice, instruction, labor or service relating to any of the foregoing.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

## Policy Exclusions

Under Policy Exclusions, the following exclusion is added:

### Biological Agents

A. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged, or threatened contaminative, pathogenic, toxic or other haz... ...erties of **biological agents**.

B. This insurance does not apply to any loss, cost or expense

1. request, demand, order or regulatory or statutory req... others test for, monitor, clean up, contain, treat, deto... respond to, or assess the effects of any **biological age**... ...ay

2. claim or proceeding by or on behalf of a governmenta... because of testing for, monitoring, cleaning up, removi... detoxifying or neutralizing, or in any way responding t... ...ges any **biological agents**.

Taco's loss arises out of product defect, not out of bacteria

## Policy Definitions

Under Policy Definitions, the following definition is added:

### Biological Agents

**Biological Agents** means any:

A. 1. bacteria;

2. mildew, mold or other fungi;

## Policy Definitions

*Biological Agents (continued)*

3. other microorganisms; or
4. mycotoxins, spores or other by-products of any of the foregoing;

B. viruses or other pathogens (whether or not a microorganism); or

C. colony or group of any of the foregoing.

All other terms and conditions remain unchanged.

Robert Hamburger

*Authorized Representative*

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

**Underlying Insurance**

Description: EMPLOYEE BENEFITS LIABILITY

Company: FEDERAL INSURANCE COMPANY

Policy No.: 7317-97-52

Retroactive date: 06/01/2001

Under Coverage/Excess Follow-Form Coverage A, the following provisions are added:

### Coverage/ Excess Follow-Form Coverage A

*Claims-Made Insurance And Extended Reporting Periods*

Provided the applicable **underlying insurance**, described in this Endorsement, is **claims-made insurance**, this coverage applies only if:

- the injury or damage did not occur, or the offense that causes the injury was not first committed, (as applicable) before the Retroactive Date shown in this Endorsement or after the end of the policy period of this insurance; and
- a claim, with respect to such injury or damage, is first made during the policy period of this insurance or any Extended Reporting Period we provide.

*When Extended Reporting Periods Apply*

Provided the applicable **underlying insurance** provides extended reporting periods, we will provide Extended Reporting Periods as described below.

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period, if:

A. this insurance is canceled or not renewed; or

## Coverage/ Excess Follow-Form Coverage A

### When Extended Reporting Periods Apply (continued)

B. we renew or replace this insurance with other insurance that:

1. has a retroactive date later than the Retroactive Date shown in this Endorsement; or
2. is not **claims made insurance**.

### How Extended Reporting Periods Apply

Extended Reporting Periods:

A. apply only to claims with respect to:

1. injury or damage that did not occur; or
2. injury caused by an offense that was not first committed;

before the Retroactive Date shown in this Endorsement or after the end of the policy period of this insurance.

B. do not:

1. extend the policy period or change the scope of coverage provided; or
2. reinstate or increase the Limits Of Insurance.

C. may not be canceled once in effect.

### Basic Extended Reporting Period

A Basic Extended Reporting Period is automatically provided. This period starts with the end of the policy period of this insurance and lasts for a period no longer than the applicable extended reporting period of the **underlying insurance**:

- for claims made with respect to injury or damage caused by an occurrence or offense reported to us, not later than sixty (60) days after the end of the policy period of this insurance, in accordance with paragraphs A. and B. of the condition titled Duties In the Event Of Occurrence, Offense, Claim Or Suit.
- yet no longer than sixty (60) days with respect to claims resulting from occurrences or offenses not previously reported to us.

Such claims will be deemed to have been made during the policy period of this insurance.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered, but for exhaustion of the amount of insurance otherwise applicable to such claims.

### Supplemental Extended Reporting Period

A Supplemental Extended Reporting Period is available, but only by an endorsement and for an additional premium, subject to the following provisions.

If purchased, this period starts at the later of the end of the policy period of this insurance or the end of the applicable Basic Extended Reporting Period of this insurance and lasts for a period no longer than the applicable extended reporting period of the **underlying insurance**.

Claims first made during this Supplemental Extended Reporting Period will be deemed to have been made during the policy period of this insurance.

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

*Endorsement*

*Effective Date* June 1, 2006

*Policy Number* 7968-72-08

### Coverage/ Excess Follow-Form Coverage A

*Supplemental Extended Reporting Period (continued)*

You must give us a written request to purchase a Supplemental Extended Reporting Period within sixty (60) days after the end of the policy period of this insurance. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement in accordance with our rules and rates.

The Supplemental Extended Reporting Period Endorsement will set forth the terms and conditions, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period. The insurance afforded under the Supplemental Extended Reporting Period Endorsement is excess over any other valid and collectible insurance available under insurance in force after the Supplemental Extended Reporting Period starts.

### Coverages/ Umbrella Coverage B Bodily Injury And Property Damage Liability Coverage

Under Coverages/Umbrella Coverage B Bodily Injury And Property Damage Liability Coverage, the following provision is added.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would have applied but for a limitation in such coverage with respect to the timing of a triggering event; or

B. any costs or expenses related to **loss** described in subparagraph A. above.

### Coverages/ Umbrella Coverage B Advertising Injury And Personal Injury Liability Coverage

Under Coverages/Umbrella Coverage B Advertising Injury And Personal Injury Liability Coverage, the following provision is added:

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would have applied but for a limitation in such coverage with respect to the timing of a triggering event; or

B. any costs or expenses related to **loss** described in subparagraph A. above.