Under Policy Definitions, the following definition is added.

## Policy Definitions

*Claims Made*

**Claims-made insurance** means such insurance coverage, the triggering event of which is, based on the timing of a claim first made during the policy period or any extended reporting period.

All other terms and conditions remain unchanged.

*Authorized Representative* [signature]

May 31, 2006

CHUBB

# Chubb Commercial Excess And Umbrella Insurance

## Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

**Underlying Insurance**

| | |
|---|---|
| Description: | EMPLOYEE BENEFITS LIABILITY |
| Company: | FEDERAL INSURANCE COMPANY |
| Policy No.: | 3539-78-08 |
| Retroactive date: | 06/01/1999 |

Under Coverage/Excess Follow-Form Coverage A, the following provisions are added:

### Coverage/ Excess Follow-Form Coverage A

#### *Claims-Made Insurance And Extended Reporting Periods*

Provided the applicable **underlying insurance**, described in this Endorsement, is **claims-made insurance**, this coverage applies only if:

- the injury or damage did not occur, or the offense that causes the injury was not first committed, (as applicable) before the Retroactive Date shown in this Endorsement or after the end of the policy period of this insurance; and
- a claim, with respect to such injury or damage, is first made during the policy period of this insurance or any Extended Reporting Period we provide.

#### *When Extended Reporting Periods Apply*

Provided the applicable **underlying insurance** provides extended reporting periods, we will provide Extended Reporting Periods as described below.

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period, if:

A. this insurance is canceled or not renewed; or

## Coverage/ Excess Follow-Form Coverage A

*When Extended Reporting Periods Apply (continued)*

B. we renew or replace this insurance with other insurance that:

1. has a retroactive date later than the Retroactive Date shown in this Endorsement; or
2. is not **claims made insurance**.

*How Extended Reporting Periods Apply*

Extended Reporting Periods:

A. apply only to claims with respect to:

1. injury or damage that did not occur; or
2. injury caused by an offense that was not first committed;

before the Retroactive Date shown in this Endorsement or after the end of the policy period of this insurance.

B. do not:

1. extend the policy period or change the scope of coverage provided; or
2. reinstate or increase the Limits Of Insurance.

C. may not be canceled once in effect.

*Basic Extended Reporting Period*

A Basic Extended Reporting Period is automatically provided. This period starts with the end of the policy period of this insurance and lasts for a period no longer than the applicable extended reporting period of the **underlying insurance**:

- for claims made with respect to injury or damage caused by an occurrence or offense reported to us, not later than sixty (60) days after the end of the policy period of this insurance, in accordance with paragraphs A. and B. of the condition titled Duties In the Event Of Occurrence, Offense, Claim Or Suit.
- yet no longer than sixty (60) days with respect to claims resulting from occurrences or offenses not previously reported to us.

Such claims will be deemed to have been made during the policy period of this insurance.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered, but for exhaustion of the amount of insurance otherwise applicable to such claims.

*Supplemental Extended Reporting Period*

A Supplemental Extended Reporting Period is available, but only by an endorsement and for an additional premium, subject to the following provisions.

If purchased, this period starts at the later of the end of the policy period of this insurance or the end of the applicable Basic Extended Reporting Period of this insurance and lasts for a period no longer than the applicable extended reporting period of the **underlying insurance**.

Claims first made during this Supplemental Extended Reporting Period will be deemed to have been made during the policy period of this insurance.

CHUBB



## Endorsement

*Effective Date* June 1, 2006

*Policy Number* 7968-72-08

### Coverage/ Excess Follow-Form Coverage A

*Supplemental Extended Reporting Period (continued)*

You must give us a written request to purchase a Supplemental Extended Reporting Period within sixty (60) days after the end of the policy period of this insurance. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement in accordance with our rules and rates.

The Supplemental Extended Reporting Period Endorsement will set forth the terms and conditions, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period. The insurance afforded under the Supplemental Extended Reporting Period Endorsement is excess over any other valid and collectible insurance available under insurance in force after the Supplemental Extended Reporting Period starts.

### Coverages/ Umbrella Coverage B Bodily Injury And Property Damage Liability Coverage

Under Coverages/Umbrella Coverage B Bodily Injury And Property Damage Liability Coverage, the following provision is added.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would have applied but for a limitation in such coverage with respect to the timing of a triggering event; or

B. any costs or expenses related to **loss** described in subparagraph A. above.

### Coverages/ Umbrella Coverage B Advertising Injury And Personal Injury Liability Coverage

Under Coverages/Umbrella Coverage B Advertising Injury And Personal Injury Liability Coverage, the following provision is added:

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would have applied but for a limitation in such coverage with respect to the timing of a triggering event; or

B. any costs or expenses related to **loss** described in subparagraph A. above.

Under Policy Definitions, the following definition is added.

## *Policy Definitions*

*Claims Made*

**Claims-made insurance** means such insurance coverage, the triggering event of which is, based on the timing of a claim first made during the policy period or any extended reporting period.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | |
|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | |
| *Policy Number* | 7968-72-08 | |
| *Insured* | TACO, INC. | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | |
| *Date Issued* | May 31, 2006 | |

Under Policy Exclusions, the following exclusion is added:

### Policy Exclusions

*Care, Control Or Custody*

This insurance does not apply to property damage to property described below, if the property is in the care, control or custody of the **insured**.

Description of Property:

REAL & PERSONAL

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Under Exclusions/Umbrella Coverage B Bodily Injury/Property Damage/Advertising Injury/Personal Injury, the following exclusion is added:

**Exclusions/ Umbrella Coverage B Bodily Injury/ Property Damage/ Advertising Injury/ Personal Injury**

*Foreign Liability*

This insurance does not apply to **bodily injury**, **property damage**, **advertising injury** or **personal injury** arising out of an **occurrence** outside the United States of America, its territories or possessions, Canada or Puerto Rico.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

## *Chubb Commercial Excess And Umbrella Insurance*

### *Endorsement*

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Under Conditions, the following condition is added:

## Conditions

### *Premium Installments*

The premium charged in the policy is to be paid in installments in the following manner:

| DATE PAYMENT DUE | | AMOUNT DUE |
|---|---|---|
| 06/01/2006 | $ | 65,829. |
| 09/01/2006 | $ | 65,830. |
| 12/01/2006 | $ | 65,830. |
| 03/01/2007 | $ | 65,830. |
| | TOTAL $ | 263,319. |

If the first Named **Insured** fails to pay any installment when it becomes due, as provided above, we may cancel this policy upon notice to the first Named **Insured**, in accordance with the conditions of the policy.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Under Exclusions/Umbrella Coverage B Bodily Injury/Property Damage/Advertising Injury/Personal Injury, the exclusion titled Recall Of Products, Work Or Impaired Property is deleted.

***Exclusions/ Umbrella Coverage B Bodily Injury/ Property Damage/ Advertising Injury/ Personal Injury***

*Recall Of Products, Work Or Impaired Property*

Under Definitions/Umbrella Coverage B, the definitions titled Your Product and Your Work are deleted.

***Definitions/ Umbrella Coverage B***

*Your Product*

*Your Work*

Under Policy Exclusions, the following exclusion is added:

## Policy Exclusions

*Recall Of Products, Work Or Property*

This insurance does not apply to any liability for any loss, cost or expense incurred by you or other for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

- **your product**;
- **your work**; or
- property which incorporates your product or work.

Under Policy Definitions, the following definitions are added:

## Policy Definitions

*Your Product*

**Your product**:

A. means any:

1. goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a. you;

   b. others trading under your name; or

   c. a person or organization whose assets or business you have acquired; and

2. containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B. includes:

1. representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and

2. the providing of or failure to provide instructions or warnings.

C. does not include vending machines or other property loaned or rented to or located for the use of others but not sold.

*Your Work*

**Your work**:

A. means any:

1. work or operations performed by:

   a. you or on your behalf; or

   b. a person or organization whose assets or business you have acquired; and

2. materials, parts or equipment furnished in connection with such work or operations.

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

*Endorsement*

*Effective Date* June 1, 2006

*Policy Number* 7968-72-08

### Policy Definitions

*Your Work (continued)*

B. includes:

1. representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your work**; and

2. the providing of or failure to provide instructions or warnings.

All other terms and conditions remain unchanged.

*Authorized Representative* [signature]

May 31, 2006

CHUBB

## Chubb Commercial Excess And Umbrella Insurance

### Endorsement

| | | | |
|---|---|---|---|
| *Policy Period* | JUNE 01, 2006 | *To* | JUNE 01, 2007 |
| *Effective Date* | June 1, 2006 | | |
| *Policy Number* | 7968-72-08 | | |
| *Insured* | TACO, INC. | | |
| *Name of Company* | FEDERAL INSURANCE COMPANY | | |
| *Date Issued* | May 31, 2006 | | |

Supplementary Payments is deleted in its entirety and replaced by the following:

**Supplementary Payments**

Subject to all of the terms and conditions of this insurance, under Excess Follow-Form Coverage A or Umbrella Coverage B:

A. we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

1. the expenses we incur.
2. the cost of:
   a. bail bonds; or
   b. bonds required to:
      (1) appeal judgments; or
      (2) release attachments;

   but only for bond amounts within the available Limit Of Insurance. We do not have to furnish these bonds.
3. reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1000 a day because of time off from work.
4. costs taxed against the **insured** in the **suit**, except any:
   a. attorney fees or litigation expenses; or
   b. other loss, cost or expense;

   in connection with any injunction or other equitable relief.
5. prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

***Supplementary Payments***
*(continued)*

6. interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

B. Supplementary Payments does not include any fine or other penalty

C. under Excess Follow-Form Coverage A, if supplementary payments of the applicable **underlying insurance**:

- reduce the limits of **underlying insurance**, then Supplementary Payments made under this coverage will reduce the Limits Of Insurance of this insurance.
- do not reduce the limits of **underlying insurance**, then Supplementary Payments made under this coverage will not reduce the Limits Of Insurance of this insurance.

D. under Umbrella Coverage B, Supplementary Payments will not reduce the Limits Of Insurance.

Our obligation to make these payments ends when we have used up the applicable Limit Of Insurance.

All other terms and conditions remain unchanged.

*Authorized Representative* Robert Hamburger

May 31, 2006