**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TACO, INC.

Plaintiff,

v. C.A. No. 07-027-S

FEDERAL INSURANCE COMPANY,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, TACO, INC., hereby moves that EDWARD P. GILBERT be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

TACO, INC.
(Plaintiff)
By Its Attorneys,

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX
rkt@psh.com

DATED: March 7, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York and of the bars of the Southern District of New York and the Second Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Edward P. Gilbert, Esq.
Morrison Cohen LLP
909 Third Avenue,
New York, NY 10022
(212) 735-8600 / (212) 735-8708 FAX
egilbert@morrisoncohen.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX
rkt@psh.com

---

**ORDER**

This motion is hereby ______________________

______________________
United States District Judge
Date:

905123_1/2818-25