**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-027-S-LDA |

**ENTRY OF APPEARANCE**

Carolyn P. Medina hereby enters her appearance on behalf of Plaintiff Taco, Inc. in the above-captioned matter.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

DATED: April 17, 2007

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 17th day of April, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Carolyn P. Medina

912721_1/2818-25