# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-027-S-LDA |

## <u>JOINT MOTION TO MODIFY PRETRIAL ORDER AND ENLARGE TIME FOR DISCOVERY</u>

The undersigned parties hereby move this Court for an Order modifying the Pretrial Order in this matter to enlarge the time to complete discovery as follows:

1. <u>Fact Discovery Closure</u>. All factual discovery will be closed by November 30, 2007.

2. <u>Expert Discovery Disclosures</u>. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by December 28, 2007. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by January 30, 2008. Expert discovery shall close on February 29, 2008. (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.)

3. <u>Dispositive Motions</u>. Dispositive motions shall be filed by April 15, 2008. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

4. <u>Pretrial Memoranda</u>. Counsel shall file with the clerk by 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, March 1, 2008, their pretrial

memorandum which shall contain, at a minimum, all information set forth in the original Pretrial Order.

As grounds for the enlargement of time requested herein, the parties state that the original schedule embodied in the Pretrial Order reflected a schedule based on the stipulation of certain material facts. Counsel ultimately did not agree on the facts at issue, and written discovery was served by both parties. Initial responses have been provided by both sides; however, the parties need additional time to engage in and complete meaningful discovery.

The parties wish to advise the Court that this action is directly related to, and may be affected by the outcome of, an action pending in the 57th Judicial District of Bexar County, Texas captioned Alfred Evans, et al v. Griffin & Company, et al., Cause No. 2006-CI-1X755. Moreover, the parties in this case may need to take discovery from the parties in the Evans action. Evans, however, is presently stayed. For that reason, depending on developments in Evans, the parties to this case may request an additional enlargement of time beyond the enlargement sought in the present motion.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina
Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

FEDERAL INSURANCE COMPANY

By Its Attorneys,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 FAX
mpogue@eapdlaw.com

DATED: August 28, 2007

*Of Counsel:*

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT MOTION TO MODIFY PRETIAL ORDER was filed with the Clerk of the United States District Court for the District of Rhode Island this 28th day of August, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Carolyn P. Medina

936843_1/2818-25