# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
Defendant.

C.A. NO. 07-027 S

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

The parties hereby move for the entry of the attached Confidentiality Order.

In support of this motion, the parties state that they expect to exchange or use confidential information during the course of this litigation, and wish to ensure that such information is not misused.

Date September 17, 2007

/s/ Mark A. Pogue
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611
Attorney for Federal Insurance Company

Date September 17, 2007

/s/ Robert K. Taylor
Robert K. Taylor #6514
Carolyn P. Medina (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
Tel. 401.861.8200
Fax 401.861.8210
Attorney for Taco, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER was filed with the Clerk of the United States District Court for the District of Rhode Island this 17th day of September, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue/Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

Edward P. Gilbert/Morrison Cohen, LLP
egilbert@morrisoncohen.com

/s/ Robert K. Taylor

940073_1/2818-25