# EXHIBIT F

**From:** Gilbert, Edward P.
**Sent:** Monday, September 03, 2007 6:09 PM
**To:** 'Pogue, Mark'
**Subject:** Taco v. Federal

Mark:

When we last spoke, you indicated that you would respond in writing to my letter concerning Federal's discovery responses. Please let me know if you still intend to do so and, if you do intend to respond in writing, let me know when I can expect to receive your letter. Thank you.

Ed

Edward P. Gilbert
Partner
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
egilbert@morrisoncohen.com
Tel.: 212-735-8675 (Direct Dial)
Fax: 212-735-8708
Website: www.morrisoncohen.com

---

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you.

Circular 230 Disclaimer: Please note that any tax advice contained in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed on you or any taxpayer by the Internal Revenue Service or other tax authorities or (ii) promoting, marketing, or recommending to another party a partnership or other entity, investment plan or arrangement. There is no limitation on the disclosure of the tax treatment or tax structure of the matter discussed herein.