# EXHIBIT G

**From:** Gilbert, Edward P.
**Sent:** Monday, September 24, 2007 12:25 PM
**To:** 'Pogue, Mark'
**Subject:** RE: Taco/Federal

Mark:

I would like to set up a time to confer regarding Federal's discovery responses/production. Please send me some good times for a call tomorrow/Wednesday.

Ed

---

**From:** Pogue, Mark [mailto:MPogue@eapdlaw.com]
**Sent:** Tuesday, September 11, 2007 9:28 AM
**To:** Gilbert, Edward P.
**Subject:** Taco/Federal

Ed --

I am preparing a supplement doc production and hope to have it shipped to you this week. I know that you want to discuss the objections Federal has asserted to your discovery requests, but in light of the discovery extension obtained recently I think we have ample time and it might make sense for us to have that conversation after you review our supplemental production. On the other hand, I'm prepared to discuss our objections immediately if you prefer. Just let me know.

Mark A. Pogue
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6491
Fax: (401) 276-6611
mpogue@eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, Washington DC, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and