**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TACO, INC.,<br>*Plaintiff*,<br>v.<br>FEDERAL INSURANCE COMPANY,<br>*Defendant*. | C.A. No. 07-027-S |

**STIPULATION**

The parties hereby stipulate and agree that Defendant Federal Insurance Company may have until and including October 22, 2007 to file its Objection to Plaintiff Taco, Inc.'s Motion to Compel.

_10/19/07______________
Date

__/s/ Mark A. Pogue______________
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 296-6611 (*fax*)
mpogue@eapdlaw.com

_10/19/07______________
Date

__/s/ Robert K. Taylor______________
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (*fax*)
rkt@psh