# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
Defendant.

C.A. NO. 07-027-S

## NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant, Federal Insurance Company, is hereby requested to designate a person or persons to testify on their behalf on the topics described in Exhibit A.

The deposition will be held on Monday, November 19, 2007 at 10:30 a.m. at the offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, RI 02903.

The deposition will be taken for the purposes of discovery and/or use at trial. A deposition will be taken by stenographic reporting before a Notary Public or some other authorized officer.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514) (rkt@psh.com)
Carolyn P. Medina (#7109) (cpm@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 19, 2007

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)was filed with the Clerk of the United States District Court for the District of Rhode Island this 19th day of October, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue/Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

945716_2/2818-25