UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 07-027-S |
| FEDERAL INSURANCE COMPANY | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF SCOTT LANGFORD**

I, Scott Langford, hereby declare and state as follows:

1. I am a Senior Litigation Examiner with Federal Insurance Company ("Federal"). I have worked for Federal since November 1992. I have personal knowledge of the facts set forth below.

2. The claim in this lawsuit involves the "biological agents" exclusion which appears in certain primary and excess insurance policies issued by Federal to the plaintiff Taco, Inc. ("Taco"). I understand that Taco has requested that Federal produce information and files related to claims asserted by other Federal policyholders which involved the biological agents exclusion.

3. Federal does not maintain a database or index which indicates whether a particular exclusion (such as the biological agents exclusion) is involved in a claim. As a result, Federal has no means of efficiently retrieving information or files pertaining to other claims involving the biological agents exclusion. The only way that Federal could retrieve such information would be to manually review its claim files in order to hunt for claims involving this exclusion. This would be an extraordinarily burdensome task. Federal has many thousands of claim files.

It would take countless hours to perform a physical review of these files in order to identify claims involving the biological agents exclusion.

Scott Langford

Subscribed and sworn to before me this _____ day of October, 2007.

Notary Public
My Commission Expires: ____________________