# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v. C.A. No. 07-027-S

FEDERAL INSURANCE COMPANY,

Defendant.

## JOINT MOTION FOR EXTENSION OF TIME

The parties hereby move for a 60-day extension of the deadlines set forth in the pre-trial scheduling order in this case. In particular, the parties request that the following deadlines be established:

Close of fact discovery: January 31, 2008

Plaintiff's expert discovery disclosures: February 28, 2008

Defendant's expert discovery disclosures: April 29, 2008

Filing of any dispositive motions: June 15, 2008

Filing of pre-trial memoranda: May 1, 2008 if no dispositive motions are filed, or 30 days following the disposition of any dispositive motion filed.

In support of this motion, the parties state that additional time is required to complete discovery in this case. The completion of discovery has been delayed because of disagreements over the proper scope of discovery. Plaintiff's motion to compel the production of additional discovery from defendant was argued before Magistrate Judge Almond on November 7, 2007. A decision is not expected until on or after November 14, 2007 and, when the decision is released, it is possible that either or both parties may seek review by the district court judge.

In addition, plaintiff has served a Rule 30(b)(6) deposition notice, but defendant has objected to many of the topics identified in the notice. Moreover, it appears that at least three different witnesses, located in Massachusetts and Texas, will be required to testify for defendant on the Rule 30(b)(6) topics as to which defendant does not object.

For all of these reasons, the parties respectfully request that the pre-trial deadlines contained in the existing pre-trial order for this case be extended by 60 days, as set forth above.

FEDERAL INSURANCE COMPANY

By Its Attorneys,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 FAX
mpogue@eapdlaw.com

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX

DATED: November 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME was filed with the Clerk of the United States District Court for the District of Rhode Island this 16th day of November, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge, LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

951937_1/2818-25