# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>Defendant. | C.A. No. 07-027-S |

## NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant, Liberty Mutual Fire Insurance Co., is hereby requested to designate a person or persons to testify on their behalf on the topics described in Schedule A.

The deposition will be held on Thursday, January 10, 2008, at 10:00 a.m. at the offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island.

The deposition will be taken for the purposes of discovery and/or use at trial. A deposition will be taken by stenographic reporting before a Notary Public or some other authorized officer.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514) (rkt@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: December 19, 2007

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2007 a copy of the foregoing NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

956975_1/2818-25