# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. NO. 07-027 S |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Taco, Inc. ("Taco") hereby moves for a 45-day extension of the fact discovery period in this case, from January 31, 2008 until March 14, 2008, with a corresponding 45-day extension of all associated deadlines. In support of its motion, Taco relies upon the accompanying memorandum of law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

DATED: January 18, 2008

*Of Counsel:*

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2008 a copy of the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. NO. 07-027 S |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Taco, Inc. ("Taco") submits this memorandum of law in support of its motion for a 45-day extension of the fact discovery period in this case, from January 31, 2008 until March 14, 2008, with a corresponding 45-day extension of all associated deadlines.

In support of this motion, Plaintiff states additional time is required to complete discovery in this case. The completion of discovery has been delayed because defendant Federal Insurance Company ("Federal") has been unable to provide Taco with responsive documents as previously directed pursuant to an Order of Magistrate Judge Almond dated November 30, 2007 in connection with a motion to compel discovery filed by Taco.

On or about December 16, 2007, Federal's counsel, Mark A. Pogue, requested additional time to respond to Magistrate Judge Almond's Order with respect to those documents regarding the drafting history of the biological agents exclusion, the key provision in this case. Mr. Pogue stated that given the holiday season, many people who needed to be consulted with regard to gathering documents were away on vacation. As a courtesy, Taco extended Federal's time to serve the documents to and including January 8, 2008 on the condition that Federal

would agree to additional time to conduct discovery due to the delay in serving documents relating to the drafting history of the biological agents exclusion. Federal agreed to such an extension if requested by Taco.[1]

On January 8, 2008, the date on which responsive documents were to be served pursuant to Taco's courtesy extension, Mr. Pogue informed Taco's counsel that he would not be able to meet the deadline because he had to wait until an in-house attorney at Federal approved his production. No extension of the discovery deadline was given by Taco.

To date, Federal has not served any responsive documents relating to drafting history as directed by Magistrate Judge Almond's Order. On January 17, 2008, Federal served a two paragraph supplemental response to Taco's request for production, a copy of which is attached hereto as Exhibit B, stating that it "has no responsive documents concerning the biological agents exclusion in the policy issued to Plaintiff." Thus, after delaying the case for approximately one month to allow time to collect documents, Federal now maintains that it has no responsive documents.

Because of the critical nature of the drafting history documents, as recognized by Magistrate Judge Almond's Order, Taco put off the scheduling of several out-of-state depositions of defendant's employees. Taco now respectfully requests additional time to take these necessary depositions and other discovery and to consider further action relating to Federal's failure to produce documents relating to the drafting history of the biological agents exclusions contained in the policies of insurance in this action.

---

[1] Taco made such a request and Federal agreed. Indeed, Mr. Pogue forwarded a draft joint motion for extension of time to Taco's counsel on January 17, 2008, but indicated he wanted further time to review Taco's comments on the draft (a copy of Mr. Pogue's January 17, 2008 email and attached draft motion is attached hereto as Exhibit A). Taco has filed this motion on its own, rather than jointly, out of concern that Federal does not share Taco's desire to file this motion expeditiously.

For all of these reasons, Plaintiff Taco, Inc. respectfully requests that the pre-trial deadlines be extended for 45 days.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
cpm@psh.com

DATED: January 18, 2008

*Of Counsel:*

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2008 a copy of the foregoing MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

962736_2/2818-25