# EXHIBIT A

**Gilbert, Edward P.**

---

**From:** Pogue, Mark [MPogue@eapdlaw.com]
**Sent:** Thursday, January 17, 2008 1:49 PM
**To:** Gilbert, Edward P.
**Subject:** RE: Docs/Motion
**Attachments:** Federal (Chubb)_Taco - Joint Motion For Extension of Time.DOC

Attached is a draft motion for extension of time. I will substitute Rob's name for yours on the signature line, but let me know if this is otherwise ok.

---

**From:** Gilbert, Edward P. [mailto:egilbert@morrisoncohen.com]
**Sent:** Thursday, January 17, 2008 1:35 PM
**To:** Pogue, Mark
**Subject:** Docs/Motion

Mark:

Please confirm that the documents are going out the door today via overnight mail.

Also, when can I expect to receive the draft motion?

Edward P. Gilbert

Partner

Morrison Cohen LLP

909 Third Avenue

New York, NY 10022

egilbert@morrisoncohen.com

Tel.: 212-735-8675 (Direct Dial)

Fax: 212-735-8708

Website: www.morrisoncohen.com

---

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you.

Circular 230 Disclaimer: Please note that any tax advice contained in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed on you or any taxpayer by the Internal Revenue Service or other tax authorities or (ii) promoting, marketing, or recommending to another party a partnership or other entity, investment plan or arrangement. There is no limitation on the disclosure of the tax treatment or tax structure of the matter discussed herein.

---

Boston MA, Ft. Lauderdale FL, Hartford CT, Madison NJ, New York NY, Providence RI, Stamford CT, Washington DC, West Palm Beach FL, Wilmington DE, London UK

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP and Edwards Angell Palmer & Dodge UK LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Edwards Angell Palmer & Dodge UK LLP is a limited liability partnership registered in England (registered number OC333092) and is regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, One Fetter Lane, London EC4A 1JB, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
Defendant.

C.A. NO. 07-027 S

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff and defendant jointly move for a 45-day extension of the discovery period in this case, from January 31, 2008 until March 14, 2008, with a corresponding 45-day extension of all associated deadlines.

In support of this motion, the parties state that the additional time is needed to take several out-of-state depositions of defendant's employees, and to obtain evidence (pursuant to subpoena) from third parties.

Date

Mark A. Pogue #3441
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611
Attorney for Federal Insurance Company

Date

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Tel. 212.735.8600
Fax 212.735.8708
Attorney for Taco, Inc.