# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TACO, INC., :
Plaintiff, :
v. : C.A. No. 07-027-S
FEDERAL INSURANCE COMPANY :
Defendants. :

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO MAGISTRATE JUDGE'S ORDER DATED NOVEMBER 30, 2007**

Pursuant to Magistrate Judge Almond's Order dated November 30, 2007 (the Order) and the agreement of the parties, defendant Federal Insurance Company herewith supplements its response to the Order.

Document Requests Nos. 10, 11, 12 and 14:

Plaintiff's motion to compel production of documents responsive to these requests was "narrowly granted as to any responsive documents regarding the drafting history of the biological agents exclusion." Federal has no responsive documents concerning the biological agents exclusion in the policy issued to Plaintiff. See The Chubb Corporation Records Management Policies (previously produced), at p. 6: "Drafts must be discarded when no longer needed for the purposes for which they were created. This should be done at the earliest

opportunity following approval of the final version. This policy applies to drafts in all formats, including word processing files, spreadsheet files, and other computer files."

FEDERAL INSURANCE COMPANY,

By its Attorneys,

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611

**Certificate of Service**

I hereby certify that on the 17th day of January, 2008 a copy of the foregoing Defendant's Supplemental Response To Magistrate Judge's Order Dated November 30, 2007 was served by FedEx to:

Robert K. Taylor, Esq.
180 South Main Street
Providence, RI 02903

Edward P. Gilbert, Esq.
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022