# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
Defendant.

C.A. No. 07-027-S

## AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant, Federal Insurance Company, is hereby requested to designate a person or persons to testify on their behalf on the topics described in Schedule A.

The deposition will be held on February 28, 2008 at 10:30 a.m. at the offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903.

The deposition will be taken for the purposes of discovery and/or use at trial. A deposition will be taken by stenographic reporting before a Notary Public or some other authorized officer.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514) (rkt@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 28, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2008 a copy of the foregoing AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

964153_1/2818-25