**SCHEDULE A**

1. Produce a witness to describe the drafting history of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

2. Produce a witness who can testify about all efforts Federal has undertaken to produce documents responsive to Plaintiff's First Request for Production of Documents.

3. Produce a witness to testify concerning the directives, guidelines, policies or procedures relating to the retention of or destruction of the documents specified to be produced in response to Plaintiff's First Request for Production of Documents.

4. Produce a witness to explain the organization of Federal's underwriting department, claim department and each division or section thereof.

5. Produce a witness most knowledgeable concerning Federal's decision to not defend Plaintiff in the Lawsuit.[1]

6. Produce a witness most knowledgeable concerning Federal's decision to deny Plaintiff's claims for indemnification and coverage in connection with the Lawsuit.

7. Produce a witness to identify the location of any and all documents in Federal's possession that in any way evidence, refer to, or relate to the meaning, application, or interpretation of the Biological Agents Exclusion.

8. Produce a witness to explain Federal's practices, policies, requirements and procedures concerning the handling, adjustment, investigation and processing of claims under general liability insurance policies and/or commercial excess and umbrella insurance policies.

9. Produce a witness to explain the regulatory process undertaken by Federal when it seeks to obtain regulatory approval for a policy exclusion.

---

[1] The "Lawsuit" refers to the lawsuit commenced against Taco captioned as *Alfred Evans, et al. v. Griffin & Company, et al.*, pending in the 57th Judicial District Court of Bexar County, Texas.

10. Produce a witness most knowledgeable concerning Federal's submission and/or application to the State of Rhode Island for approval of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

11. Produce a witness most knowledgeable concerning Federal's submission and/or application to any other State regulatory body for approval of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

964340_1/2818-25