# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

Defendant.

C.A. No. 07-027-S

## NOTICE OF DEPOSITION

Please take notice that the testimony of Tambria S. Hanson, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Monday, March 3, 2008 at 2:00 p.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965041_1/2818-25