UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 07-027-S |
| FEDERAL INSURANCE COMPANY | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT FEDERAL INSURANCE COMPANY'S**
**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Federal Insurance Company ("Federal") submits this response to the motion of plaintiff Taco, Inc. ("Taco") for a 45-day extension of the fact discovery period in this case, to and including March 14, 2008, with a corresponding 45-day extension of all associated deadlines.

Federal has no objection to the requested extension of time. Federal does take issue with several comments in Taco's supporting memorandum which appear to suggest that Federal did not act with due diligence, or even did not act in good faith, in responding to Magistrate Judge Almond's Order (the "Order") dated November 30, 2007.[1]

The Order allowed Federal until December 20, 2007 to produce certain documents. Federal produced certain documents in response to the Order within that time frame -- a fact nowhere mentioned in Taco's motion. Federal completed its response to the Order on January

[1] For example, at page two of its supporting memorandum Taco states that "after delaying the case for approximately one month to allow time to collect documents, Federal now maintains that it has no responsive documents." On the same page, Taco expresses its purported concern that "Federal does not share Taco's desire to file this motion expeditiously."

17, 2008 -- nine days after an agreed-upon extension reached by the parties, and well within the close of the discovery period.

In sum, to the extent that Taco suggests in its motion that Federal did not act with due diligence in responding to the Order, the suggestion is wholly baseless. In any event, Federal does not oppose the requested extension.

FEDERAL INSURANCE COMPANY,

By its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611

**Certificate of Service**

I hereby certify that on the 31st day of January, 2008 a copy of the foregoing Defendant Federal Insurance Company's Response To Plaintiff's Motion For Extension Of Time was served by ECF:

Robert K. Taylor, Esq.
180 South Main Street
Providence, RI 02903

Edward P. Gilbert, Esq.
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022

/s/ Mark A. Pogue