UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-027-S |
| FEDERAL INSURANCE COMPANY | : | |
| Defendant. | : | |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

Pursuant to Local Rule 206(e)(2), Mark A. Pogue and Edwards Angell Palmer & Dodge LLP ("EAPD") hereby move to withdraw their appearance as counsel for Defendant Federal Insurance Company ("Federal") in the above-referenced matter. In support of the motion to withdraw, the undersigned counsel states as follows:

1. Federal recently notified the undersigned counsel that it has terminated Edwards Angell Palmer & Dodge LLP's representation in this matter and instructed the firm to transfer all case files and related documents to the West Hartford, Connecticut office of Goldberg Segalla LLP.

2. Pursuant to Local Rule 206(e)(2)(B), the undersigned and EAPD hereby certify that Federal has been notified of this motion by regular mail, and by certified mail, return receipt requested. Moreover, by receipt of this motion, Federal has been advised of its right to oppose this motion, and that appointment of new counsel does not automatically entitle it to a continuation of any court deadlines or trial date.

3. Pursuant to Local Rule 206(e)(2)(C), the undersigned and EAPD provide the following address as a current address for Federal:

Melba Lynn
Chubb & Son, a Division of Federal Insurance Company
P.O. Box 410038
Kansas City, MO 64141

The foregoing address was recently provided to the undersigned counsel by Federal as a current mailing address, and as a result, the undersigned counsel represents that it has made reasonable efforts to confirm that notices sent to Federal at the address above will be received.

4. Pursuant to Local Rule 206(e)(2), the undersigned counsel states that no motions are currently pending before the court. Moreover, although a trial date has not yet been scheduled, the discovery closure deadline is March 14, 2008, and pretrial memoranda are due on June 16, 2008, in the event that dispositive motions are not filed.

WHEREFORE, based on the foregoing, Mark A. Pogue and Edwards Angell Palmer & Dodge LLP respectfully request that the motion to withdraw be granted.

FEDERAL INSURANCE COMPANY

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401.274.9200
Fax 401.276.6611
mpogue@eapdlaw.com

## Certificate of Service

I hereby certify that on the 14th day of February, 2008 a copy of the foregoing was served by CM/ECF on the following counsel of record:

Robert K. Taylor, Esq.
180 South Main Street
Providence, RI 02903

Edward P. Gilbert, Esq.
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022

And by regular mail and certified mail, return receipt requested on the following:

Melba Lynn
Chubb & Son, a Division of Federal Insurance Company
P.O. Box 410038
Kansas City, MO 64141

/s/ Mark A. Pogue