**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TACO, INC. | ) | |
| - vs. - | ) | C. A. NO. 07-027-S |
| FEDERAL INSURANCE COMPANY | ) | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance for defendant, Federal Insurance Company, in the above-entitled matter.

/s/ Gerald C. DeMaria
Gerald C. DeMaria (#0637)
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903-3987
(T) 401-272-3500
(F) 401-273-8780
gdemaria@hcc-law.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record listed below on this 29th day of February, 2008.

| | |
|---|---|
| Edward P. Gilbert, Esq. | egilbert@morrisoncohen.com |
| Robert K. Taylor, Esq. | rkt@psh.com |
| Carolyn P. Medina, Esq. | cpm@psh.com |

/s/ Gerald C. DeMaria