UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC. | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 07-027 S |
| | : | |
| FEDERAL INSURANCE COMPANY | : | |
| Defendant | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Thomas C. Angelone, Esq., do hereby enter my appearance on behalf of Defendant, ***Federal Insurance Company***, in the above-captioned matter.

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 31, 2008

**CERTIFICATION**

I hereby certify that on this 31st day of March, 2007, I caused a copy of the within ***Notice of Entry of Appearance*** to be electronically transmitted to the following attorney(s) of record:

Robert K. Taylor, Esq.
rkt@psh.com

Carolyn P. Medina, Esq.
cpm@psh.com, pds@psh.com

Edward P. Gilbert, Esq.
egilbert@morrisoncohen.com

Gerald C. DeMaria, Esq.
gdemaria@hcc-law.com

/s/ Thomas C. Angelone