UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC. Plaintiff | : | |
| vs. | : | C.A. No. 07-027 S |
| FEDERAL INSURANCE COMPANY Defendant | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, ***Federal Insurance Company***, hereby moves that Robert D. Laurie be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Robert D. Laurie

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.
R.I. Bar ID # 1373
Hodosh, Spinella & Angelone pc
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
Fax (401) 274-7538
angelonelaw@aol.com

**ORDER**

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date