# CERTIFICATION

I hereby certify that on this 3rd day of April, 2008, I caused a copy of the within ***Motion for Admission Pro Hac Vice of Robert D. Laurie*** to be electronically transmitted to the following attorney(s) of record:

Robert K. Taylor, Esq.
rkt@psh.com

Carolyn P. Medina, Esq.
cpm@psh.com, pds@psh.com

Edward P. Gilbert, Esq.
egilbert@morrisoncohen.com

Gerald C. DeMaria, Esq.
gdemaria@hcc-law.com

/s/ Thomas C. Angelone