# EXHIBIT B

CHUBB

CHUBB GROUP OF INSURANCE COMPANIES

1330 Post Oak Boulevard, Suite 2400, Houston, TX 77056-3031
Phone: (713) 297-4600 • Facsimile: (713) 297-4750

September 8, 2006

Certified Mail – RRR

Ms. Pricilla Wormwood
Taco, Inc.
1160 Cranston Street
Cranston, RI 02920

Re: Cause No. 2006-CI-11755; Alfred Evans, et al vs. R. J. Griffin & Company, et al; in the 57th Judicial District Court of Bexar County, TX

| | | |
|---|---|---|
| Insured | : | Taco, Inc. (Taco) |
| Policy Nos. | : | 7317-97-52 & 7968-72-08 |
| Date of Loss | : | 5-10-06 |
| Insuring Co. | : | Federal Insurance Company (Federal) |

Dear Ms. Wormwood:

We have previously acknowledged receipt of the above referenced litigation. The purpose of this letter is to set forth the position of Federal in response to your request for coverage under the above referenced policies. After a careful analysis of the facts alleged in Plaintiff's Original Petition in conjunction with the terms and conditions of the applicable policies, Federal will not provide coverage for defense or indemnity for this litigation. The basis for this decision will be discussed more fully below.

By way of background, the plaintiffs allege they or a family member contracted Legionnaire's Disease at the North Central Baptist Hospital as a result of a failed hot water generating system that incorporated pumps manufactured by Taco. The petitioners are suing for an unspecified amount of general and exemplary damages.

Federal provided Taco Commercial Liability Policy 7317-97-52 for the policy term from June 1, 2005 to June 1, 2006. The limits of insurance are $1,000,000 Each Occurrence/$1,000,000 General Aggregate, $1,000,000 Advertising injury/Personal Injury Aggregate Limit and $1,000,000 Products/Completed Operations Aggregate Limit. There is a $50,000 deductible per occurrence for bodily injury and property damage.

Federal also provided Taco with Chubb Commercial Excess And Umbrella Liability Insurance Policy 7968-72-08 during the same policy term with limits of liability of $20,000,000 Each Occurrence and $20,000,000 Other Aggregate Limits excess of underlying insurance referenced above.

Excerpts of certain provisions contained in the above-referenced policies are set forth in the Appendix accompanying this letter. This information is

provided so that you may have it available as you review the explanations provided in this letter. Please note that the positions set forth in this letter are based upon all of the provisions of the above referenced policies, and not only on the excerpts set forth in the Appendix. Therefore, we urge you to refer to the full text of the policies, and not merely the excerpts set forth in the Appendix.

Please now refer to the insuring agreement of Policy 7317-97-52 under coverage form 80-02-2000 (Rev 4/01) which reads as follows:

**Bodily Injury and Property Damage Liability Coverage**

> Subject to all of the terms and conditions of this insurance, we will pay damages that the insured becomes legally obligated to pay by reason of liability:
>
> - imposed by law; or
> - assumed in an insured contract;
>
> for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.
>
> This coverage applies only to such **bodily injury** or **property damage** which occurs during the policy period.
>
> Damages for bodily injury include damages claimed by a person or organization for care or loss of services resulting at any time from the bodily injury.
>
> Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

**Advertising Injury and Personal Injury Liability Coverage**

> Subject to all of the terms and conditions of this insurance, we will pay damages that the insured becomes legally obligated to pay by reason of liability:
>
> - imposed by law; or
> - assumed in an insured contract;
>
> for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

Other than as provided under the Investigation, Defense and Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

We now refer your attention to the Definition section of your policy which defines **bodily injury, property damage, advertising injury, personal injury,** and **occurrence.**

We also refer you to the Exclusion section of your policy. Specifically, the Biological Agents Policy exclusion, Form 80-02-2668(Ed. 8-01), as found in the Appendix accompanying this letter.

It is the position of Federal there are no claims pled for **property damage, personal injury** or **advertising injury**. Therefore, this coverage does not apply.

While the injury and death claims fall within the coverage for **bodily injury** as defined in the policy, the Biological Agents exclusion would preclude coverage from applying under Policy 7317-97-52.

We now direct your attention to the Insuring Agreement of The Chubb Commercial Excess And Umbrella Policy 7968-72-08 which states as follows:

**Coverage/Excess Follow Form Coverage A**

Subject to all of the terms and conditions applicable to Excess Follow-Form Coverage A, we will pay, on behalf of the **insured**, that part of **loss** to which this coverage applies, which exceeds the applicable **underlying limits**. This coverage applies only if the triggering event that must happen during the policy period of the applicable **underlying insurance** happens during the policy period of this insurance.

This coverage will follow the terms and conditions of **underlying insurance** described in the Schedule Of Underlying Insurance, unless a term or condition contained in this coverage:

- differs from any term or condition contained in the applicable **underlying insurance**; or
- is not contained in the applicable **underlying insurance**.

With respect to such exceptions described above, the terms and conditions contained in this coverage will apply, to the extent that such terms and conditions provide less coverage than the terms and conditions of the applicable **underlying insurance**.

This coverage does not apply to any part of **loss** within **underlying limits**, or any related costs or expenses.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

Coverage A is follow form, in part, to **underlying insurance**, provided by Federal under policy 7317-97-52. To the extent there is no coverage under the primary general liability policy neither would there be any coverage under Coverage A of the Chubb Commercial Excess And Umbrella Policy.

**Coverage/Umbrella Coverage B**

Bodily Injury and Property Damage Liability Coverage

Subject to all of the terms and conditions applicable to Umbrella Coverage B, we will pay, on behalf of the **insured**, **loss** by reason of liability:

- imposed by law; or
- assumed in an **insured contract**;

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies. This coverage applies only to such **bodily injury** or **property damage** that occurs during the policy period.

Damages for **bodily injury** include damages claimed by a person or organization for care or loss of services resulting at any time from the **bodily injury**.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would apply, regardless of whether or not:

   1. **underlying insurance** is available; and

2. the applicable **underlying limits** have been exhausted;

B. **loss** to which **underlying limits** apply; or

C. any costs or expenses related to **loss** as described in paragraphs A. or B. above.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

**Advertising Injury And Personal Injury Liability Coverage**

Subject to all of the terms and conditions applicable to Umbrella Coverage B, we will pay, on behalf of the **insured**, **loss** because of liability

- imposed by law; or
- assumed in an **insured contract**;

for **advertising injury** or **personal injury** to which this coverage applies.

This coverage applies only to such **advertising injury** or **personal injury** caused by an offense that is first committed during the policy period.

This coverage does not apply to any part of:

A. **loss** to which **underlying insurance** would apply, regardless of whether or not:

1. **underlying insurance** is available; and

2. the applicable **underlying limits** have been exhausted;

B. **loss** to which **underlying limits** apply; or

C. any costs or expenses related to **loss** as described in paragraphs A. or B. above.

We have no obligation under this insurance with respect to any claim or **suit** settled without our consent.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

We now direct your attention to the definition section of your policy that defines **underlying insurance, bodily injury, property damage, occurrence, advertising injury** and **personal injury**. Please review these definitions which you will find in the Appendix accompanying this letter.

We also refer your attention to the exclusion section of your policy. . Specifically, the endorsed Biological Agents policy exclusion under Form 07-02-1692 (Rev.7-01) set forth in the Appendix accompanying this letter.

Federal is not aware of any potential claims for **property damage, personal injury** or **advertising** injury as those terms are defined in the policy. Therefore, this coverage does not apply.

With respect to the **bodily injury** claims, the Biological Agents exclusion as found under Form 07-02-1692 (Rev.7-01) would preclude coverage from applying under Coverage B of the policy.

In view of the foregoing, Federal will neither defend nor indemnify Taco, and any settlement or judgment obtained by the plaintiffs predicated upon claims that fall outside the insuring agreement or within the exclusionary language identified above shall be the responsibility of Taco and not that of Federal. If you have any additional facts that you feel would alter our position or if an amended complaint is received, please contact us and we would be pleased to give this matter further consideration.

Federal reserves the right under the policies and applicable law to cite additional applicable policy provisions as may be appropriate. The foregoing disclaimer is premised upon facts set forth in the complaint, and the terms and conditions of the policies. By limiting policies referenced to those cited Federal does not waive any other policy provisions. The insurance policies in their entirety are incorporated by reference as if they had been stated in full.

Taco has the right to consult with an attorney, at its own expense, regarding these coverage matters. If there is any other insurance which may be applicable, you may wish to notify those carriers..

Please call if you have any question or wish to discuss this further.

Sincerely,

Michael P. Keller
Litigation Examiner
(713) 297-4737

cc: Mike Ruggiero
Claims Consultant
Aon Risk Services of RI
50 Kennedy Plaza
Providence, RI 02903

**Appendix**

Taco, Inc.
Policy No. 7317-97-52
June 1, 2005 to June 1, 2006

**Definitions:**

**Advertising injury** means injury, other than **bodily injury**, **property damage** or **personal injury**, sustained by a person or organization and caused by an offense of infringing, in that particular part of your **advertisement** about your goods, products or services, upon their:

- copyrighted **advertisement**; or
- registered collective mark, registered service mark or other registered trademarked name, slogan, symbol or title.

**Bodily Injury** means physical:

- injury
- sickness; or
- disease

sustained by a person and, if arising out of the foregoing, mental anguish, mental injury, shock, humiliation or death at any time.

**Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury** means injury, other than **bodily injury**, **property damage** or **advertising injury**, caused by an offense of:

A. false arrest, false detention or other false imprisonment;

B. malicious prosecution;

C. wrongful entry into, wrongful eviction of a person from or other violation of a person's right of private occupancy of a dwelling, premises or room that such person occupies, if committed by or on behalf of its landlord, lessor or owner;

D. electronic, oral, written or other publication of material that:

1. libels or slanders a person or organization (which does not include disparagement of goods, products, property or services); or

2. violates a person's right of privacy; or

E. discrimination, harassment or segregation based on a person's age, color, national origin, race, religion or sex.

**Property damage** means:

- physical damage to tangible property including the resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

- loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

**Exclusions:**

Endorsement Form 80-02-2668 (Ed. 8-01)

Under Policy **Exclusions**, the following exclusion is added:

A. This insurance does not apply to **bodily injury, property damage, advertising injury** or **personal injury** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **biological agents.**

B. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any **biological agents**; or

2. claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any **biological agents**.

Under **Definitions**, the following definition is added:

Biological agents mean any:

A. 1. bacteria;

2. mildew, mold or other fungi;

3. other microorganisms; or

4. mycotoxins, spores or other by-products of any of the foregoing;

B. viruses or other pathogens (whether or not a microorganism); or

C. colony or group of any of the foregoing.

All other terms and conditions remain unchanged.

APPENDIX

Taco, Inc.
Policy 7968-72-08
June 1, 2005 to June 1, 2006

**DEFINITIONS:**

**Underlying insurance** means the coverages for the hazards described in the Schedule Of Underlying Insurance and the next renewal or replacement insurance thereof.

**Advertising injury** means injury, other than **bodily injury**, **property damage** or **personal injury**, sustained by a person or organization and caused by an offense of infringing, in that particular part of your **advertisement** about your goods, products or services, upon their:

- copyrighted **advertisement;** or

- registered collective mark, registered service mark or other registered trademarked name, slogan, symbol or title.

**Bodily injury** means physical:

- injury;
- sickness; or
- disease;

sustained by a person, including resulting death, humiliation, mental anguish, mental injury or shock at any time. All such loss shall be deemed to occur at the time of the physical injury, sickness or disease that caused it.

**Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury** means injury, other than **bodily injury**, **property damage** or **advertising injury**, caused by an offense of:

A. false arrest, false detention or other false imprisonment;

B. malicious prosecution;

C. wrongful entry into, wrongful eviction of a person from or other violation of a person's right of private occupancy of a dwelling, premises or room that such person occupies, if committed by or on

behalf of its landlord, lessor or owner;

D. electronic, oral, written or other publication of material that:

1. libels or slanders a person or organization (which does not include disparagement of goods, products, property or services); or

2. violates a person's right of privacy;

E. discrimination, harassment or segregation based on a person's protected human characteristics as established by law.

**Property damage** means:

- physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

- loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

**EXCLUSIONS:**

**Exclusions** applicable to Coverage A:

Notwithstanding anything to the contrary set forth in any other provision of this contract, this insurance does not apply to any liability or loss, cost or expense to which the terms and conditions of **underlying insurance** do not apply.

Endorsement Form 70-02-1692 (Rev. 7-01)

Under Policy **Exclusions**, the following exclusion is added:

Biological Agents

A. This insurance does not apply to any liability or loss, cost or expense arising out of the actual, alleged, or threatened contaminative, pathogenic, toxic or other hazardous properties of **biological agents**.

B. This insurance does not apply to any loss, cost or expense arising out of any:

1. request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any **biological agents**; or

2. claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any **biological agents**.

Under Policy **Definitions**, the following definition is added:

**Biological Agents** means any:

A. 1. bacteria;

2. mildew, mold or other fungi;

3. other microorganisms; or

4. mycotoxins, spores or other by-products of any of the foregoing;

B. viruses or other pathogens (whether or not a microorganism); or

C. colony or group of any of the foregoing.

All other terms and conditions remain unchanged.