# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TACO, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. NO. 07-027 S |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

**AFFIDAVIT OF COUNSEL**

I, Robert D. Laurie, on oath do declare as follows:

1. I am an attorney at law and a Partner in the law firm of Goldberg Segalla LLP, resident in the West Hartford, Connecticut office.

2. I have personal knowledge of the facts set forth herein.

3. In February 2008, Goldberg Segalla LLP was retained as counsel to defend Federal in this litigation.

4. Thereafter, Federal realized that fact discovery was not necessary for a determination of this litigation. Federal recognized, however, that the discovery deadline was quickly approaching.

5. Accordingly, I approached counsel for Taco, Inc. ("Taco") in an effort to the limit the scope of remaining discovery. Specifically, at that time, Taco had issued deposition notices for seven witnesses and it also had a second set of document requests that were pending. Ultimately, Taco agreed to limit the number of depositions to two witnesses that could address the relevant issues.

6. Thereafter, in March, Taco issued a second request for admission and sought the deposition of a third witness.

7. As a result, Federal was left with no option but to seek relief from the court.

8. Federal has discussed its objection to additional discovery with Taco's counsel, but no further agreement was reached.

Dated at Hartford, Connecticut, this 2th day of April, 2008

Robert D. Laurie
GOLDBERG SEGALLA, LLP
Blue Back Square
65 Memorial Road
Hartford, CT 06103
Telephone (860) 231-7004
Facsimile (860) 231-1307