# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. NO. 07-027-S |

## PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS

Now comes the Plaintiff, Taco, Inc. ("Taco"), pursuant to Fed. R. Civ. P. 36, and requests that the Defendant, Federal Insurance Company ("Federal") admit or deny the truth of the following matters of fact set forth below:

## INSTRUCTIONS

A denial must fairly meet the substance of the request for admission, and when good faith requires that you qualify an answer or deny only part of the matter for which an admission is requested, you shall specify so much of it as is true and qualify or deny the remainder. You may not give lack of information or knowledge as a reason for failure to admit or deny, unless you state that you have made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny the request.

## DEFINITIONS

A. "Taco" refers to Plaintiff Taco, Inc., including its past or present officers, directors, agents, servants and employees; as well as any of its corporate affiliates, divisions, subgroups, subsidiaries, parent corporations, predecessors in interest and successors, and their present and former officers, directors, agents, servants and employees.

B. "Federal" refers to Defendant Federal Insurance Company, including its past or present officers, directors, agents, employees, servants, consultants, representatives, attorneys, investigators, contractors, subcontractors and experts; as well as any of its corporate affiliates, divisions, subgroups, subsidiaries, parent corporations, predecessors in interest and successors, and their present and former officers, directors, agents, employees, servants, consultants, representatives, attorneys, investigators, contractors, subcontractors and experts.

**REQUESTS**

1. Exhibit A contains a true copy of Federal's Biological Agents Exclusion – Coverage B (Form: 07-02-1691 (Ed. 07/01)).

2. Exhibit A contains a true copy of Federal's Biological Agents Exclusion – Coverage A and Coverage B (Form: 07-02-1692 (Ed. 07/01)).

3. Exhibit A contains a true copy of Federal's Biological Agents Exclusion – Coverage A and Coverage B – Products (Form: 07-02-1693 (Ed. 07/01)).

4. Exhibit A contains a true copy of Federal's Biological Agents Exclusion (Form: 07-02-1694 (Ed. 07/01)).

5. Exhibit A contains a true copy of Federal's Biological Agents Exclusion – Products (Form: 07-02-1695 (Ed. 07/01)).

6. Exhibit A contains a true copy of Federal's Biological Agents Exclusion (Form: 07-02-1696 (Ed. 07/01)).

7. Exhibit A contains a true copy of Federal's Biological Agents Exclusion – Products (Form: 07-02-1697 (Ed. 07/01)).

8. Exhibit A contains a true copy of a cover letter from Chubb & Son, A Division of Federal Insurance Company, to the Commissioner of Insurance, Maryland Insurance Division,

dated November 29, 2001, enclosing, among other things, (a) Federal's filing of "the Umbrella, Excess and Excess SL endorsements for Biological Agents;" (b) an Index of Forms; and (c) an Explanatory Memorandum.

9. Exhibit A constitutes a 2001 filing by Federal with Maryland's Commissioner of Insurance seeking approval of, among other things, Federal's various Biological Agents Exclusions (including Forms 07-02-1691, 07-02-1692, 07-02-1693, 07-02-1694, 07-02-1695, 07-02-1696, and 07-02-1697 (Ed. 07/01)).

10. Exhibit B contains a true copy of a "Filing Synopsis" filed by Federal with the Insurance Department of Iowa, dated April 1, 2005.

11. Exhibit B contains a true copy of a "State of Iowa, Certification Form" dated April 1, 2005 and signed by Judith A. Allen, Assistant Vice President, Chubb & Son, A Division of Federal Ins. Co.

12. Exhibit B contains a true copy of a two-page "Explanatory Memorandum" drafted by Federal concerning, among other things, Federal's Biological Agents Exclusion (Form 80-02-6560 (Ed. 4-04)).

13. Exhibit B contains a true copy of Federal's Exclusion Endorsement Biological Agents, Total (Form: 42-02-1922 (Ed. 4-04)).

14. Exhibit B contains a true copy of Federal's Exclusion Endorsement Biological Agents, Total (Form: 80-02-6560 (Ed. 4-04)).

15. Exhibit B contains a true copy of Federal's Exclusion Endorsement Biological Agents, Bodily Injury or Property Damage (Form: 80-02-6561 (Ed. 4-04)).

16. Exhibit B contains a true copy of Federal's Exclusion Endorsement Biological Agents, Clean Up Costs (Form: 80-02-6562 (Ed. 4-04)).

17. Exhibit B constitutes an April 2005 filing by Federal with the Insurance Department of Iowa seeking approval of, among other things, Federal's various Biological Agents Exclusions (including Forms 42-02-1922, 80-02-6560, 80-02-6561, 80-02-6562 (Ed. 4-04)).

18. Exhibit C contains a true copy of a "Filing Synopsis" filed by Federal with the Insurance Department of Iowa, dated November 15, 2005.

19. Exhibit C contains a true copy of a cover letter from Chubb & Son, A Division of Federal Insurance Company, to the Commissioner of Insurance, Iowa Division of Insurance, dated November 15, 2005, enclosing, among other things, (a) Federal's filing of endorsements for Chubb's Commercial Excess Follow-Form Insurance Contract; and (b) an Explanatory Memorandum.

20. Exhibit C contains a true copy of a "State of Iowa, Certification Form" dated November 15, 2005 and signed by Judith A. Allen, Assistant Vice President, Federal Insurance Company.

21. Exhibit C contains a true copy of a nine page "Explanatory Memorandum" (consisting of a one page Explanatory Memorandum followed by an eight page chart entitled "Chubb Commercial Excess Follow-Form, Explanatory Memorandum – Iowa") drafted by Federal concerning, among other things, Federal's Biological Agents Exclusion (Form 07-02-1694 (Ed. 5-05)) and Federal's Biological Agents Exclusion, Products Exception (Form 07-02-1695 (Ed. 5-05)).

22. Exhibit C contains a true copy of Federal's seventeen page Commercial Excess Follow-Form Insurance Contract (Form 07-02-0909 (Rev. 5-05)).

23. Exhibit C contains a true copy of Federal's Biological Agents Exclusion (Form 07-02-1694 (Rev. 5-05)).

24. Exhibit C contains a true copy of Federal's Biological Agents Exclusion (Form 07-02-1695 (Rev. 5-05)).

25. Exhibit C contains a true copy of Federal's "Excess Follow-Form Liability Policy – 07-02-0909, Side-By-Side Comparison 1992-2005."

26. Exhibit C constitutes a November 2005 filing by Federal with the Insurance Department of Iowa seeking approval of, among other things, Federal's various Biological Agents Exclusions (including Forms 07-02-1694 and 07-02-1695 (Rev. 5-05)).

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210
rkt@psh.com
cpm@psh.com

DATED: March 14, 2008

*Of Counsel:*

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS was sent by prepaid first class mail on the 14th day of March, 2008, addressed to the following:

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

Robert D. Laurie, Esq.
GOLDBERG SEGALLA LLP
Blue Back Square
65 Memorial Road, Suite 340
West Hartford, CT 06107-2434

______________________________

973355_1/2818-25