# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-027-S |

## NOTICE OF DEPOSITION

Please take notice that the testimony of Lana Cranston, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Thursday, March 6, 2008 at 2:00 p.m.**, or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965045_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br>Plaintiff,<br>v.<br>FEDERAL INSURANCE COMPANY,<br>Defendant. | C.A. No. 07-027-S |

**NOTICE OF DEPOSITION**

Please take notice that the testimony of Bryan C. Clements, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Thursday, March 6, 2008 at 10:30 a.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965044_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v. C.A. No. 07-027-S

FEDERAL INSURANCE COMPANY,

Defendant.

## NOTICE OF DEPOSITION

Please take notice that the testimony of David Bissell, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Tuesday, March 4, 2008 at 2:00 p.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965043_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

Defendant.

C.A. No. 07-027-S

## NOTICE OF DEPOSITION

Please take notice that the testimony of Isolina G. Coleman, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Tuesday, March 4, 2008 at 10:30 a.m.**, or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965042_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-027-S |

**NOTICE OF DEPOSITION**

Please take notice that the testimony of Tambria S. Hanson, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Monday, March 3, 2008 at 2:00 p.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

965041_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v.

C.A. No. 07-027-S

FEDERAL INSURANCE COMPANY,

Defendant.

## NOTICE OF DEPOSITION

Please take notice that the testimony of Michael P. Keller, will be taken by deposition for the purposes of discovery and/or use at trial before a Notary Public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Monday, March 3, 2008 at 10:30 a.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 30, 2008

Case 1:07-cv-0002 ;-LDA Document 24 Filed 01/3( )08 Page 2 of 2

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2008 a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

964904_1/2818-25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff,

v.

C.A. No. 07-027-S

FEDERAL INSURANCE COMPANY,
Defendant.

## AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

Pursuant to Fed. R. Civ. P. 30(b)(6), Defendant, Federal Insurance Company, is hereby requested to designate a person or persons to testify on their behalf on the topics described in Schedule A.

The deposition will be held on February 28, 2008 at 10:30 a.m. at the offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903.

The deposition will be taken for the purposes of discovery and/or use at trial. A deposition will be taken by stenographic reporting before a Notary Public or some other authorized officer.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514) (rkt@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 28, 2008

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
Gilbert, Edward P.
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2008 a copy of the foregoing AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following ECF registered counsel of record:

Mark A. Pogue, Esq. / Edwards Angell Palmer & Dodge LLP
mpogue@eapdlaw.com

/s/ Robert K. Taylor

964153_1/2818-25

## SCHEDULE A

1. Produce a witness to describe the drafting history of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

2. Produce a witness who can testify about all efforts Federal has undertaken to produce documents responsive to Plaintiff's First Request for Production of Documents.

3. Produce a witness to testify concerning the directives, guidelines, policies or procedures relating to the retention of or destruction of the documents specified to be produced in response to Plaintiff's First Request for Production of Documents.

4. Produce a witness to explain the organization of Federal's underwriting department, claim department and each division or section thereof.

5. Produce a witness most knowledgeable concerning Federal's decision to not defend Plaintiff in the Lawsuit.[1]

6. Produce a witness most knowledgeable concerning Federal's decision to deny Plaintiff's claims for indemnification and coverage in connection with the Lawsuit.

7. Produce a witness to identify the location of any and all documents in Federal's possession that in any way evidence, refer to, or relate to the meaning, application, or interpretation of the Biological Agents Exclusion.

8. Produce a witness to explain Federal's practices, policies, requirements and procedures concerning the handling, adjustment, investigation and processing of claims under general liability insurance policies and/or commercial excess and umbrella insurance policies.

9. Produce a witness to explain the regulatory process undertaken by Federal when it seeks to obtain regulatory approval for a policy exclusion.

---

[1] The "Lawsuit" refers to the lawsuit commenced against Taco captioned as *Alfred Evans, et al. v. Griffin & Company, et al.*, pending in the 57th Judicial District Court of Bexar County, Texas.

10. Produce a witness most knowledgeable concerning Federal's submission and/or application to the State of Rhode Island for approval of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

11. Produce a witness most knowledgeable concerning Federal's submission and/or application to any other State regulatory body for approval of the Biological Agents Exclusion as that term is defined in Plaintiff's First Request for Production of Documents.

964340_1/2818-25