RECEIVED

APR 3 2008

Property of U.S. District Court
Rhode Island

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Taco, Inc.
Plaintiff(s)

v.

Federal Ins. Co.
Defendant(s)

Dkt. No. CA No.07-027-S

## APPLICATION FOR PRO HAC VICE ADMISSION

(1) I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way.

(a) Please list all state courts: CT, MA

(b) Please list all federal courts: MA, CT , First Circuit Massachusetts

(2) Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys? Yes _____ No X (If Yes, please provide a full explanation.)

(3) Are there any disciplinary proceedings pending against you at this time?
Yes _____ No X (If Yes, please provide a full explanation.)

(4) Has your *pro hac vice* status ever been revoked by any court?
Yes _____ No X (If Yes, please provide a full explanation.)

(5) Have you ever been convicted of a crime (other than minor traffic offenses)?
Yes _____ No X (If Yes, please provide a full explanation.)

(6) Are there any criminal charges pending against you at this time?
Yes _____ No X (If Yes, please provide a full explanation.)

(7) Have you appeared or applied for *pro hac vice* admission in this District during the past 12 months? Yes _____ No X (If Yes, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(8) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Pro Hac Vice Application Form (cont'd)**

(9) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(10) For the purpose of this case, I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Name of Local Counsel: Thomas C. Angelone, Esq., Hodosh, Spinella & Angelone pc

I hereby certify that the foregoing is true and correct.

Signature of *Pro Hac Vice* Applicant

Robert D. Laurie

Print Name

Goldberg Segalla, LLP

Firm Name

65 Memorial Rd., Ste. 340

Business Address

W. Hartford, CT 06107

860-231-7004

Tel. #

860-231-1307

Fax #

***DO NOT FILE THIS FORM ELECTRONICALLY. File this completed form in a conventional manner along with the applicable fee.**

## CERTIFICATION

I hereby certify that on this 3rd day of April, 2008, I caused a copy of the within ***Application for Pro Hac Vice of Robert D. Laurie*** to be mailed to the following attorney(s) of record:

Robert K. Taylor, Esq.
Carolyn P. Medina, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Edward P. Gilbert, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Mary V. Conlon

/mvc