# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TACO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 07-027-S |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Pursuant to LR Cv 29, Plaintiff Taco, Inc. ("Plaintiff") respectfully requests that the Court extend the time within which it may respond to Defendant Federal Insurance Company's ("Defendant") Motion for Protective Order, an additional two weeks, up to and including May 5, 2008.

As grounds for the motion Plaintiff states:

1. Plaintiff's response to Defendant's Motion for Protective Order is currently due on April 21, 2008;

2. Plaintiff has not previously requested an extension of this deadline; and

3. Defendant's counsel has agreed to extend the time by which Plaintiff is to respond to the Motion.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: April 17, 2008

*Of Counsel:*
Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708
egilbert@morrisoncohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER was filed with the Clerk of the United States District Court for the District of Rhode Island on the 17th day of April, 2008 and is available for viewing and downloading to the following counsel of record:

Thomas C. Angelone, Esq. / Hodosh, Spinella & Angelone PC
angelonelaw@aol.com

Mark B. Seiger, Esq. / Goldbert Segalla LLP
mseiger@goldbergsegalla.com

Robert D. Laurie, Esq. / Goldberg Segalla LLP
rlaurie@goldbergsegalla.com

/s/ Robert K. Taylor

979936_1/2818-25