# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

Defendant.

C.A. No. 07-027-S-LDA

## STIPULATION OF DISMISSAL

The parties hereto, by their undersigned counsel, stipulate to the dismissal of the within action without prejudice, each party to bear its own fees and costs.

TACO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com
DATED: July 14, 2008

*Of Counsel:*
Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
(212) 735-8708 FAX
egilbert@morrisoncohen.com

FEDERAL INSURANCE COMPANY

By Its Attorneys,

HODOSH, SPINELLA & ANGELONE PC

/s/ Thomas C. Angelone
Thomas C. Angelone (#1373)
One Turks Head Place, Suite 810
Providence, RI 02903
(401) 274-0200
(401) 274-7538 FAX
angelonelaw@aol.com
DATED: July 14, 2008

*Of Counsel:*
Mark B. Seiger, Esq.
Robert D. Laurie, Esq.
GOLDBERG SEGALLA, LLP
65 Memorial Road, Suite 340
West Hartford, CT 06107
(860) 231-7004
(8610) 231-1307 FAX
mseiger@goldbergsegalla.com
rlaurie@goldbergsegalla.com

992013_1/2818-25